_____
Honorable Laurel E. Babero
United States Bankruptcy Judge

Entered on Docket
August 08, 2018

GARMAN TURNER GORDON LLP
WILLIAM M. NOALL
Nevada Bar No. 3549
E-mail: wnoall@gtg.legal
GABRIELLE A. HAMM
Nevada Bar No. 11588
E-mail: ghamm@gtg.legal
MARK M. WEISENMILLER
Nevada Bar No. 12128
E-mail: mweisenmiller@gtg.legal
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*[Proposed] Attorneys for Debtor*

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>GUMP'S HOLDINGS, LLC,<br>        Debtor. | Case No.: BK-S-18-14683-leb<br>Chapter 11<br><br>Joint administration requested<br><br>Hearing Date: August 9, 2018<br>Hearing Time: 2:00 P.M. |

**NOTICE OF HEARING AND ORDER SHORTENING
TIME TO HEAR FIRST DAY MOTIONS**

On August 8, 2018, Gump's Holdings, LLC, Gump's Corp., and Gump's By Mail, Inc. (collectively, "Debtors"), debtors and debtors-in-possession, filed the following motions:

    (i)    *Motion for Order Authorizing Maintenance of Prepetition Cash*

*Management System and Bank Accounts; and Granting Related Relief* (the "<u>Accounts Motion</u>");

(ii) *Motion for Order (A) Approving Agency Agreement, (B) Authorizing and Approving Store Closing Sale Free and Clear of All Liens, Claims, and Encumbrances, (C) Granting Liens, and (D) Granting Related Relief* (the "<u>Agency Agreement Motion</u>"); and

(iii) *Emergency Motion for Interim and Final Orders (A) Authorizing the Debtors to Obtain Limited Post-Petition Financing, (B) Granting Liens and Providing Administrative Expense Status, (C) Authorizing the Debtors' Limited Use of Cash Collateral, (D) Granting Adequate Protection, (E) Modifying the Automatic Stay, and (F) Granting Related Relief* (the "<u>Financing Motion</u>").

(collectively, the "<u>First Day Motions</u>").

In the First Day Motions, Debtors request interim and/or final orders approving and authorizing: (i) maintenance of Debtors' prepetition cash management system and bank accounts; (ii) assumption of the Agency Agreement and the store closing sale free and clear of all liens, claims, and encumbrances; and (iii) Debtors to obtain postpetition financing, grant liens and provide administrative expense status, Debtors' use of cash collateral, adequate protection, and other related relief.

The Court, having considered the *Ex Parte Application for Order Shortening Time to Hear First Day Motions,* and good cause appearing therefore,

**IT IS HEREBY ORDERED** and notice is hereby given that the First Day Motions shall be heard by a United States Bankruptcy Judge on the ___9th___ day of ___August___ 2018, at ___2:00 P.M.___.

A copy of the above-referenced First Day Motions and any supporting declarations and exhibits are available free of charge at www.donlinrecano.com/gumps, on file with the clerk of the United States Bankruptcy Court for the District of Nevada, Foley Federal Building and U.S. Courthouse, 300 S. Las Vegas Blvd, Las Vegas, NV 89101, or may be obtained by emailing Mark M. Weisenmiller, Esq. at the address listed above.

**IT IS HEREBY FURTHER ORDERED** that service of this Order Shortening Time shall be served upon entry; that any oppositions to the First Day Motions may be presented at

1  the hearing and that this hearing may be continued from time to time without further notice
2  except for the announcement of any adjourned dates and times at the above noticed hearing or
3  any adjournment thereof.
4
5  **IT IS SO ORDERED.**
6  PREPARED AND SUBMITTED:
7  GARMAN TURNER GORDON LLP
8
   By: */s/ Mark M. Weisenmiller*
9      WILLIAM M. NOALL, ESQ.
       GABRIELLE A. HAMM, ESQ.
10     MARK M. WEISENMILLER, ESQ.
       *Attorneys for Debtor*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28