GARMAN TURNER GORDON LLP
WILLIAM M. NOALL
Nevada Bar No. 3549
E-mail: wnoall@gtg.legal
GABRIELLE A. HAMM
Nevada Bar No. 11588
E-mail: ghamm@gtg.legal
MARK M. WEISENMILLER
Nevada Bar No. 12128
E-mail: mweisenmiller@gtg.legal
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Debtors*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| In re:<br><br>GUMP'S HOLDINGS, LLC<br><br>☐ Affects this Debtor.<br><br>☒ Affects all Debtors.<br><br>☐ Affects Gump's Corp.<br><br>☐ Affects Gump's By Mail, Inc. | Case No.: BK-S-18-14683-leb<br>Chapter 11<br><br>*Jointly administered with*:<br><br>No. BK-S-14684 (In re Gump's Corp.)<br>No. BK-S-14685 (In re Gump's By Mail, Inc.)<br><br>Hearing Date: N/A<br>Hearing Time: N/A |
|---|---|

**ATTORNEY INFORMATION SHEET IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTIONS**

As required by Local Rule[1] 9006, William M. Noall, Esq. of Garman Turner Gordon LLP, counsel for Gump's Holdings, LLC, Gump's Corp., and Gump's By Mail, Inc. (collectively, "Debtors"), debtors and debtors-in-possession, has contacted the parties listed below regarding the

---

[1] Unless otherwise stated, all "Chapter" and "Section" references are to Title 11 of the U.S. Code (the "Bankruptcy Code"); all "Bankruptcy Rule" references are to the Federal Rules of Bankruptcy Procedure; and all references to "Local Rule" are to the Local Rules of Bankruptcy Practice for the U.S. District Court for the District of Nevada.

4826-7522-4432, v. 1

proposed order shortening time to hear Debtors' Motions.[2]

The parties listed below agree and disagree to the time being shortened, as indicated below:

| Name | Date Contacted | Agree | Disagree |
|---|---|---|---|
| Edward M. McDonald, Jr.<br>*For the Office of the United States Trustee for the District of Nevada* | August 16, 2018 by telephone | X | |
| Judith W. Ross & Jessica Lewis<br>*For Sterling Business Credit, LLC* | August 17, 2018 by telephone | X | |
| Michael St. James<br>*For Seaker & Sons* | August 15, 2018 by email | X | |
| Steven Fox<br>*For Contractual Joint Venture Formed by Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC* | August 21, 2018 by email | X | |
| Samuel Schwartz<br>*Proposed counsel for the Official Unsecured Creditors Committee* | August 21, 2018 | | X |

DATED: August 21, 2018.

                    GARMAN TURNER GORDON LLP

                    By: */s/ William M. Noall*
                    WILLIAM M. NOALL
                    GABRIELLE A. HAMM
                    MARK M. WEISENMILLER
                    650 White Drive, Suite 100
                    Las Vegas, Nevada 89119
                    *Attorneys for Debtors*

---

[2] "Motions" is defined in the E*x Parte Application for Order Shorting Time to Hear Motions* (the "Application") filed herewith.