_____
Honorable Laurel E. Babero
United States Bankruptcy Judge

Entered on Docket
August 22, 2018

GARMAN TURNER GORDON LLP
WILLIAM M. NOALL
Nevada Bar No. 3549
E-mail: wnoall@gtg.legal
GABRIELLE A. HAMM
Nevada Bar No. 11588
E-mail: ghamm@gtg.legal
MARK M. WEISENMILLER
Nevada Bar No. 12128
E-mail: mweisenmiller@gtg.legal
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Debtors*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| In re: | Case No.: BK-S-18-14683-leb |
|---|---|
| GUMP'S HOLDINGS, LLC | Chapter 11 |
| ☐ Affects this Debtor. | *Jointly administered with*: |
| ☒ Affects all Debtors. | No. BK-S-14684 (In re Gump's Corp.)<br>No. BK-S-14685 (In re Gump's By Mail, Inc.) |
| ☐ Affects Gump's Corp. | |
| ☐ Affects Gump's By Mail, Inc. | Hearing Date: August 29, 2018<br>Hearing Time: 1:30 P.M. |

**NOTICE OF HEARING AND ORDER SHORTENING TIME TO HEAR MOTIONS**

On August 15, 2018, Gump's Holdings, LLC, Gump's Corp., and Gump's By Mail, Inc.

4811-1933-4256, v. 3

(collectively, "Debtors"), debtors and debtors-in-possession, filed their:

    (i)    *Amended Motion for Order Pursuant to Sections 105, 363, and 365 of the Bankruptcy Code and Rules 2002, 6004 and 6006 of the Federal Rules of Bankruptcy Procedure: (i) Approving Bid Procedures with Respect to Sale of Certain IP Assets, Setting the Sale Hearing Date; and (ii) Approving and Authorizing the Sale of IP Assets to the highest and Bets Bidder Free and Clear of All Liens, Interests, Claims and Encumbrances, the Assumption and Assignment of Certain Related Executory Contracts, and Waiving the Requirements of Bankruptcy Rules 6004(h) and 6006(d)* [ECF No. 90] ("Sale Process Motion")

    (ii)    *Application for Order Authorizing Retention of Lincoln International LLC as Financial Advisor to Debtors Pursuant to 11 U.S.C. §§ 327 and 328* [ECF No. 93] ("Lincoln Retention Application" and collectively with the Sale Process Motion, the "Motions").

In the Motions, Debtors request orders (i) approving bidding procedures with respect to the sale of its intellectual property assets, (ii) setting the date for the auction and sale hearing; (ii) approving and authorizing the sale of IP Assets to the highest and best bidder free and clear of all liens, interests, claims and encumbrances, the assumption and assignment of certain related executory contracts, and waiving the requirements of Bankruptcy Rules 6004(h) and 6006(d); and (iii) authorizing Debtors to employ and retain Lincoln International LLC to serve as financial advisor for Debtors, *nunc pro tunc* to the Petition Date.

The Court, having considered the *Ex Parte Application for Order Shortening Time to Hear Motions,* and good cause appearing therefore,

**IT IS HEREBY ORDERED** and notice is hereby given that the Motions shall be heard by a United States Bankruptcy Judge on the <u> 29th </u> day of <u> August </u>, 2018, at <u> 1:30 P.M. </u>, **PROVIDED HOWEVER, THAT WITH RESPECT TO THE SALE PROCESS MOTION, THE COURT WILL ONLY CONSIDER THE PROVIDED PROCESS, PROCEDURES AND FORMS TO BE USED IN CONNECTION WITH THE SALE OF THE IP ASSETS SUBJECT TO THAT MOTION AND WAIVE THE 14 DAY STAY WITH RESPECT THERETO. THE AUCTION AND HEARING TO APPROVE THE SALE, AS**

1  **WELL AS OBJECTIONS THERETO, WILL OCCUR OR BE DUE AFTER THE ABOVE-**
2  **REFERENCED HEARING.**

3      A copy of the above-referenced Motions and any supporting declarations and exhibits are available free of charge at www.donlinrecano.com/gumps, on file with the clerk of the United States Bankruptcy Court for the District of Nevada, Foley Federal Building and U.S. Courthouse, 300 S. Las Vegas Blvd, Las Vegas, NV 89101, or may be obtained by emailing Mark M. Weisenmiller, Esq. at the address listed above.

    **IT IS HEREBY FURTHER ORDERED** that service of this Order Shortening Time shall be served within __1__ days of entry; that any oppositions to the Motions must be filed by August 27, 2018; that replies to any oppositions filed must be filed and served by August 28, 2018; and that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and times at the above noticed hearing or any adjournment thereof.

    **IT IS SO ORDERED.**

PREPARED AND SUBMITTED:

GARMAN TURNER GORDON LLP

By: */s/ William M. Noall*
    WILLIAM M. NOALL
    GABRIELLE A. HAMM
    MARK M. WEISENMILLER
    *Attorneys for Debtor*