```
 1  GARMAN TURNER GORDON LLP
    WILLIAM M. NOALL
 2  Nevada Bar No. 3549
    E-mail: wnoall@gtg.legal
 3  GABRIELLE A. HAMM
    Nevada Bar No. 11588
 4  E-mail: ghamm@gtg.legal
    MARK M. WEISENMILLER
 5  Nevada Bar No. 12128
    E-mail: mweisenmiller@gtg.legal
 6  650 White Drive, Suite 100
    Las Vegas, Nevada 89119
 7  Telephone (725) 777-3000
    Facsimile (725) 777-3112
 8  Attorneys for Debtor
 9
```

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| In re: | Case No.: BK-S-18-14683-leb |
|---|---|
| GUMP'S HOLDINGS, LLC | Chapter 11 |
| ☐ Affects this Debtor. | *Jointly administered with:* |
| ☒ Affects all Debtors. | No. BK-S-14684 (In re Gump's Corp.)<br>No. BK-S-14685 (In re Gump's By Mail, Inc.) |
| ☐ Affects Gump's Corp. | |
| ☐ Affects Gump's By Mail, Inc. | |

## CERTIFICATE OF SERVICE

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF KINGS      )

I, Edward A. Calderon, declare:

    1.    I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 22nd day of August, 2018, I caused a true and accurate copy of the:

(i) *Amended Motion for Order Pursuant to Sections 105, 363, and 365 of the Bankruptcy Code: (I) Approving Bid Procedures with Respect to Sale of IP Assets, Setting Sale Hearing Date, and Approving Form and Manner of Notices, and (II) Approving the Sale of IP Assets Free and Clear of Liens, Interests, Claims, and Encumbrances, the Assumption and Assignment of Certain Related Executory Contracts, Waiving the Requirements of Bankruptcy Rules 6004(h) and 6006(d), and Granting Related Relief*, along with the relevant exhibits (Docket No. 90);

(ii) *Declaration of Tony Lopez in Support of Amended Motion for Order Pursuant to Sections 105, 363, and 365 of the Bankruptcy Code: (I) Approving Bid Procedures with Respect to Sale of IP Assets, Setting Sale Hearing Date, and Approving Form and Manner of Notices, and (II) Approving the Sale of IP Assets Free and Clear of Liens, Interests, Claims, and Encumbrances, the Assumption and Assignment of Certain Related Executory Contracts, Waiving the Requirements of Bankruptcy Rules 6004(h) and 6006(d), and Granting Related Relief*, along with the relevant exhibits (Docket No. 92);

(iii) *Application for Order Authorizing Retention of Lincoln Partners Advisors LLC as Financial Advisor to Debtors Pursuant to 11 U.S.C. §§ 327 and 328*, along with the proposed Order (Docket No. 93);

(iv) *Declaration of Tony Lopez in Support of Application for Order Authorizing Retention of Lincoln Partners Advisors LLC as Financial Advisor to Debtors Pursuant to 11 U.S.C. §§ 327 and 328* (Docket No. 94); and

(v) *Declaration of Brenden Murphy In Support of Application for Order Authorizing Retention of Lincoln Partners Advisors LLC as Financial Advisor to Debtors Pursuant to 11 U.S.C. §§ 327 and 328*, along with the relevant exhibit (Docket No. 95),

to be served upon the parties as set forth in Exhibit 1, attached hereto, via electronic mail.

4. On the 22nd day of August, 2018, I caused a true and accurate copy of the *Notice of Hearing and Order Shortening Time to Hear Motions* (Docket No. 98) to be served via electronic mail upon the parties as set forth in Exhibit 1, and via First Class US Mail upon the parties as set forth in Exhibit 2, attached hereto.

GUMP0007

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 23rd day of August, 2018, Brooklyn, New York.

By _____
Edward A. Calderon

Sworn before me this
23rd day of August, 2018

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
COMM. EXP. September 14, 2021

**EXHIBIT 1**

# Gump's Holdings, LLC, et al.
## Electronic Mail
## Exhibit Pages

Page # : 1 of 3                                                                                                                                                                                          08/22/2018 06:17:57 PM

| | | | |
|---|---|---|---|
| 000055P003-1399S-007<br>AARON HENRY<br>MANAGING AGENT<br>550 SOUTH HILL ST<br>#1620<br>LOS ANGELES CA 90013<br>AHENRYDESIGNS@SBCGLOBAL.NET | 000034P002-1399S-007<br>ALLSTATE FLORAL & CRAFT, INC.<br>MANAGING AGENT<br>14038 PARK PL<br>CERRITOS CA 90703<br>SUEGILBERTSON@ATT.NET | 000039P001-1399S-007<br>APF FBO PROFESSIONAL STAFFING CO. INC<br>MANAGING AGENT<br>PO BOX 823473<br>PHILADELPHIA PA 19182-3473<br>JENNIFER@PSCSTAFFING.COM | 000039P001-1399S-007<br>APF FBO PROFESSIONAL STAFFING CO. INC<br>MANAGING AGENT<br>PO BOX 823473<br>PHILADELPHIA PA 19182-3473<br>D.OWEN@ADVANCEPARTNERS.COM |
| 000036P001-1399S-007<br>ASTOUND COMMERCE CORPORATION<br>MANAGING AGENT<br>111 BAYHILL DR<br>STE 425<br>SAN BRUNO CA 94066<br>ALEXANDER@ASTOUNDCOMMERCE.COM | 000036P001-1399S-007<br>ASTOUND COMMERCE CORPORATION<br>MANAGING AGENT<br>111 BAYHILL DR<br>STE 425<br>SAN BRUNO CA 94066<br>AR@ASTOUNDCOMMERCE.COM | 000036P001-1399S-007<br>ASTOUND COMMERCE CORPORATION<br>MANAGING AGENT<br>111 BAYHILL DR<br>STE 425<br>SAN BRUNO CA 94066<br>LEGAL@ASTOUNDCOMMERCE.COM | 000053P002-1399S-007<br>BARBARA HEINRICH STUDIO<br>MANAGING AGENT<br>77 EAST JEFFERSON RD<br>PITTSFORD NY 14534<br>JANINE@BARBARAHEINRICHSTUDIO.COM |
| 000023P001-1399S-007<br>BRIAN TSUNG<br>1570 8TH AVE<br>SAN FRANCISCO CA 94112<br>BRIANTSUNG@GMAIL.COM | 000049P002-1399S-007<br>BUCCELLATI INC.<br>MANAGING AGENT<br>714 MADISON AVE<br>4TH FL<br>NEW YORK NY 10065<br>AURORA.NIEVES@BUCCELLATI.COM | 000068P001-1399S-007<br>BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M CHRISTIANSON, ESQ<br>55 SECOND ST, 17TH FLOOR<br>SAN FRANCISCO CA 94105-3493<br>SCHRISTIANSON@BUCHALTER.COM | 000059P001-1399S-007<br>COMCAST SPOTLIGHT<br>MANAGING AGENT<br>PO BOX 742637<br>LOS ANGELES CA 90074<br>ASK_BUSOPS@COMCAST.COM |
| 000020P002-1399S-007<br>CORPORATE PARTNERS II, LTD.<br>ATTN: JONATHAN KAGAN<br>45 ROCKEFELLER PLAZA<br>STE 2626<br>NEW YORK NY 10111<br>JONATHAN.KAGAN@CORPORATEPARTNERSLLC.COM | 000020P002-1399S-007<br>CORPORATE PARTNERS II, LTD.<br>ATTN: JONATHAN KAGAN<br>45 ROCKEFELLER PLAZA<br>STE 2626<br>NEW YORK NY 10111<br>MICHAEL.MOYLAN@CORPORATEPARTNERSLLC.COM | 000051P002-1399S-007<br>CUSHMAN & WAKEFIELD, INC.<br>RICH LEE<br>425 MARKET ST<br>STE 2300<br>SAN FRANCISCO CA 94105<br>PM@SHREVEBUILDING.COM | 000046P001-1399S-007<br>DEACON & CO.<br>MANAGING AGENT<br>5/F. TOWER 2<br>SOUTH SEAS CENTRE, 75 MODY<br>KOWLOON HONG KONG 999077<br>HONG KONG<br>ROMAN.YAWORSKY@DEACON.COM.HK |
| 000060P001-1399S-007<br>DURLAND CO.<br>MANAGING AGENT<br>608 FIFTH AVE<br>STE 407<br>NEW YORK NY 10020<br>ESTATE@DURLANDCO.COM | 000040P002-1399S-007<br>EPSILON DATA MANAGEMENT, LLC<br>MANAGING AGENT<br>3788 MOMENTUM PL<br>CHICAGO IL 60689-5337<br>CHRIS.SCHULTE@EPSILON.COM | 000026P002-1399S-007<br>FEDEX CORPORATE SERVICES INC.<br>MANAGING AGENT<br>942 S SHADY GROVE RD<br>MEMPHIS TN 38120<br>BRYAN.JOHNSON@FEDEX.COM | 000035P001-1399S-007<br>FURNITURE CLASSICS<br>MANAGING AGENT<br>835 PHILPOTTS ROAD<br>NORFOLK VA 23513<br>INFO@FURNITURECLASSICS.COM |
| 000052P001-1399S-007<br>GEORG JENSEN INC.<br>MANAGING AGENT<br>580 BROADWAY<br>STE 506<br>NEW YORK NY 10012<br>JUDITH.SMITH@GEORGJENSEN.COM | 000019P001-1399S-007<br>GORDON BROTHERS RETAIL PARTNERS, LLC<br>ATTN: MACKENZIE SHEA<br>PRUDENTIAL TOWER<br>800 BOYLSTON STREET<br>BOSTON MA 02119<br>MSHEA@GORDONBROTHERS.COM | 000019P001-1399S-007<br>GORDON BROTHERS RETAIL PARTNERS, LLC<br>ATTN: MACKENZIE SHEA<br>PRUDENTIAL TOWER<br>800 BOYLSTON STREET<br>BOSTON MA 02119<br>TSHILLING@GORDONBROTHERS.COM | 000019P001-1399S-007<br>GORDON BROTHERS RETAIL PARTNERS, LLC<br>ATTN: MACKENZIE SHEA<br>PRUDENTIAL TOWER<br>800 BOYLSTON STREET<br>BOSTON MA 02119<br>MPECORA@GORDONBROTHERS.COM |

# Gump's Holdings, LLC, et al.
## Electronic Mail
## Exhibit Pages

Page # : 2 of 3                                                                                                                                      08/22/2018 06:17:57 PM

| | | | |
|---|---|---|---|
| 000018P001-1399S-007<br>HILCO MERCHANT RESOURCES, LLC<br>ATTN:  IAN S. FREDERICKS<br>5 REVERE DRIVE<br>SUITE 206<br>NORTHBROOK IL 60062<br>IFREDERICKS@HILCOGLOBAL.COM | 000018P001-1399S-007<br>HILCO MERCHANT RESOURCES, LLC<br>ATTN:  IAN S. FREDERICKS<br>5 REVERE DRIVE<br>SUITE 206<br>NORTHBROOK IL 60062<br>DARNOLD@HILCOGLOBAL.COM | 000038P001-1399S-007<br>I-CENTRIX DBA RYAN PARTNERSHIP<br>MANAGING AGENT<br>3100 EASTON SQUARE PL<br>COLUMBUS OH 43219<br>ANGELICA.LENT@EPSILON.COM | 000064P001-1399S-007<br>KOLESAR & LEATHAM<br>JAMES PATRICK SHEA;BART K LARSEN<br>400 S RAMPART BLVD STE 400<br>LAS VEGAS NV 89145<br>JSHEA@KLNEVADA.COM |
| 000064P001-1399S-007<br>KOLESAR & LEATHAM<br>JAMES PATRICK SHEA;BART K LARSEN<br>400 S RAMPART BLVD STE 400<br>LAS VEGAS NV 89145<br>BLARSEN@KLNEVADA.COM | 000017P002-1399S-007<br>LAW OFFICES OF JUDITH W ROSS<br>JUDITH W ROSS<br>700 NORTH PEARL ST<br>STE 1610<br>DALLAS TX 75201<br>JUDITH.ROSS@JUDITHWROSS.COM | 000017P002-1399S-007<br>LAW OFFICES OF JUDITH W ROSS<br>JUDITH W ROSS<br>700 NORTH PEARL ST<br>STE 1610<br>DALLAS TX 75201<br>JESSICA.LEWIS@JUDITHWROSS.COM | 000047P002-1399S-007<br>LSC COMMUNICATIONS, INC.<br>MANAGING AGENT<br>191 NORTH WACKER DRIVE<br>STE 1400<br>CHICAGO IL 60606<br>ERIN.L.MARTIN@LSCCOM.COM |
| 000032P001-1399S-007<br>MARIA YEE<br>MANAGING AGENT<br>1939 MONTEREY RD<br>STE 8<br>SAN JOSE CA 95112<br>LINDA@MARIAYEE.COM | 000025P002-1399S-007<br>MICHAEL MOSCA<br>202 RIPLEY ST<br>SAN FRANCISCO CA 94110<br>MICHAELMOSCA@ME.COM | 000057P002-1399S-007<br>MIEKO MINTZ LLC<br>MARK A. MINTZ, PRESIDENT<br>77 RIVER ST APT 1<br>HOBOKEN NJ 07030-5613<br>MARKMINTZ@OPTONLINE.NET | 000054P002-1399S-007<br>MOSS ADAMS LLP<br>MANAGING AGENT<br>LOCKBOX 101822<br>2710 MEDIA CENTER DR<br>BLDG. 6, STE 120<br>LOS ANGELES CA 90065<br>KIMBERLY.MEYERS@MOSSADAMS.COM |
| 000043P001-1399S-007<br>NAM HAI CO. LTD<br>AREA B, DONG CHIEU ZONE<br>TAN DONG HIEP WARD<br>DI AN TOWN BINH DUONG<br>VIETNAM<br>NINHVTU@YAHOO.COM.VN | 000041P001-1399S-007<br>NATURAL FASHION INC. DBA ANU<br>MANAGING AGENT<br>25 JORDAN PLA # 1<br>CHICO CA 95973<br>PCHOPRA@NATURALFASHIONS.NET | 000058P001-1399S-007<br>PETRA CLASS<br>MANAGING AGENT<br>1072 ALABAMA ST<br>SAN FRANCISCO CA 94110<br>PETRA.CLASS@GMAIL.COM | 000044P001-1399S-007<br>REGENCY INTERNATIONAL BUSINESS<br>MANAGING AGENT<br>50 BROADWAY<br>3RD FLOOR<br>NEW YORK NY 10004<br>ANA@REGENCY-RIB.COM |
| 000067P001-1399S-007<br>RIEMER BRANSTEIN LLP<br>STEVEN FOX<br>SEVEN TIMES SQUARE<br>STE 2506<br>NEW YORK NY 10036<br>SFOX@RIEMERLAW.COM | 000056P001-1399S-007<br>RUSSELL TRUSSO FINE JEWELRY<br>MANAGING AGENT<br>PO BOX 616<br>LAKEWOOD OH 44107-0616<br>RUSS@RUSSELLTRUSSO.COM | 000027P001-1399S-007<br>SANDBOX STUDIO<br>MANAGING AGENT<br>3850 N 29TH TERRACE<br>STE 107<br>HOLLYWOOD FL 33020<br>DONNA.JAGRU@CREATIVEDRIVE.COM | 000030P002-1399S-007<br>SCHWAK USA, INC.<br>C/O MATTHEWS INTERNATIONAL CORP.<br>MANAGING AGENT<br>18211 NE 68TH STREET<br>STE E # 120<br>REDMOND WA 98502-8528<br>MARIA.CHERESO@SGKINC.COM |
| 000050P001-1399S-007<br>SEKO WORLDWIDE, LLC<br>MANAGING AGENT<br>1100 ARLINGTON HEIGHTS RD<br>STE 600<br>ITASCA IL 60143<br>GENEVA.GOHEEN@SEKOLOGISTICS.COM | 000065P001-1399S-007<br>ST JAMES LAW PC<br>MICHAEL ST JAMES, ESQ<br>22 BATTERY ST STE 888<br>SAN FRANCISCO CA 94111<br>ECF@STJAMES-LAW.COM | 000066P001-1399S-007<br>STERLING BUSINESS CREDIT LLC<br>LAUREL VARNEY<br>8401 N CENTRAL EXPRESSWAY<br>STE 600<br>DALLAS TX 75225<br>LVARNEY@SNB.COM | 000070P001-1399S-007<br>SULLIVAN HILL<br>ELIZABETH STEPHENS<br>228 SOUTH 4TH STREET<br>FIRST FLOOR<br>LAS VEGAS NV 89101<br>STEPHENS@SULLIVANHILL.COM |

# Gump's Holdings, LLC, et al.
## Electronic Mail
## Exhibit Pages

Page # : 3 of 3                                                                                                      08/22/2018 06:17:57 PM

| 000001P004-1399S-007 | 000001P004-1399S-007 | 000037P002-1399S-007 | 000042P001-1399S-007 |
|---|---|---|---|
| UNITED STATES TRUSTEE | UNITED STATES TRUSTEE | VILAGALLO SA | WINWARD INTERNATIONAL |
| EDWARD MCDONALD | EDWARD MCDONALD | CALLE VELAZQUEZ 44 | MANAGING AGENT |
| 300 LAS VEGAS BLVD SOUTH | 300 LAS VEGAS BLVD SOUTH | ENTRADA POR CL HERMOSILLA | 42760 ALBRAE ST |
| #4300 | #4300 | MADRID  27001 | FREMONT CA 94538 |
| LAS VEGAS NV 89101 | LAS VEGAS NV 89101 | SPAIN | CINDYF@WINWARDSILKS.COM |
| EDWARD.M.MCDONALD@USDOJ.GOV | NICK.STROZZA@USDOJ.GOV | AFERRER@VILAGALLO.ES | |

Records Printed :  **52**

**EXHIBIT 2**

# Gump's Holdings, LLC, et al.
## Exhibit Pages

Page # : 1 of 3                                                                                                         08/22/2018 06:18:32 PM

---

000055P003-1399S-007
AARON HENRY
MANAGING AGENT
550 SOUTH HILL ST
#1620
LOS ANGELES CA 90013

000034P002-1399S-007
ALLSTATE FLORAL & CRAFT, INC.
MANAGING AGENT
14038 PARK PL
CERRITOS CA 90703

000039P001-1399S-007
APF FBO PROFESSIONAL STAFFING CO. INC
MANAGING AGENT
PO BOX 823473
PHILADELPHIA PA 19182-3473

000036P001-1399S-007
ASTOUND COMMERCE CORPORATION
MANAGING AGENT
111 BAYHILL DR
STE 425
SAN BRUNO CA 94066

---

000053P002-1399S-007
BARBARA HEINRICH STUDIO
MANAGING AGENT
77 EAST JEFFERSON RD
PITTSFORD NY 14534

000023P001-1399S-007
BRIAN TSUNG
1570 8TH AVE
SAN FRANCISCO CA 94112

000049P002-1399S-007
BUCCELLATI INC.
MANAGING AGENT
714 MADISON AVE
4TH FL
NEW YORK NY 10065

000068P001-1399S-007
BUCHALTER, A PROFESSIONAL CORPORATION
SHAWN M CHRISTIANSON, ESQ
55 SECOND ST, 17TH FLOOR
SAN FRANCISCO CA 94105-3493

---

000009P001-1399S-007
CALIFORNIA DEPT. OF TAX & FEE ADMIN.
ACCOUNT INFORMATION GROUP, MIC:29
PO BOX 942879
SACRAMENTO CA 94279-0029

000048P002-1399S-007
CENTRAL NATIONAL GOTTESMAN INC.
MANAGING AGENT/JANE HARNESS
3 MANHATTANVILLE RD
PURCHASE NY 10577

000031P001-1399S-007
CIT GROUP/COMMERCIAL SERVICES
MANAGING AGENT
ONE CIT DRIVE
LIVINGSTON NJ 07039

000024P001-1399S-007
CITY OF OLIVE BRANCH
MANAGING AGENT
9200 PIGEON ROOST
OLIVE BRANCH MS 38654

---

000059P001-1399S-007
COMCAST SPOTLIGHT
MANAGING AGENT
PO BOX 742637
LOS ANGELES CA 90074

000020P002-1399S-007
CORPORATE PARTNERS II, LTD.
ATTN: JONATHAN KAGAN
45 ROCKEFELLER PLAZA
STE 2626
NEW YORK NY 10111

000051P002-1399S-007
CUSHMAN & WAKEFIELD, INC.
RICH LEE
425 MARKET ST
STE 2300
SAN FRANCISCO CA 94105

000046P001-1399S-007
DEACON & CO.
MANAGING AGENT
5/F. TOWER 2
SOUTH SEAS CENTRE, 75 MODY
KOWLOON HONG KONG  999077
HONG KONG

---

000015P004-1399S-007
DELAWARE DIV. OF REVENUE/BANKR. SVS.
ZILLAH A. FRAMPTION - BANKR. ADMIN.
CARVEL STATE OFFICE BUILDING
820 N. FRENCH ST 8TH FL
WILMINGTON DE 19801

000060P001-1399S-007
DURLAND CO.
MANAGING AGENT
608 FIFTH AVE
STE 407
NEW YORK NY 10020

000011P001-1399S-007
EMPLOYMENT DEVELOPMENT DEPT.
ATTN: MIC 53 800
CAPITOL MALL
SACRAMENTO CA 95814

000040P002-1399S-007
EPSILON DATA MANAGEMENT, LLC
MANAGING AGENT
3788 MOMENTUM PL
CHICAGO IL 60689-5337

---

000026P002-1399S-007
FEDEX CORPORATE SERVICES INC.
MANAGING AGENT
942 S SHADY GROVE RD
MEMPHIS TN 38120

000022P002-1399S-007
FRANCES LANE, LLC
LINDSAY JERNEGAN
22 DIGITAL DRIVE
STE F
NOVATO CA 94945

000006P001-1399S-007
FRANCHISE TAX BOARD
BANKRUPTCY SECTION, MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

000035P001-1399S-007
FURNITURE CLASSICS
MANAGING AGENT
835 PHILPOTTS ROAD
NORFOLK VA 23513

---

000052P001-1399S-007
GEORG JENSEN INC.
MANAGING AGENT
580 BROADWAY
STE 506
NEW YORK NY 10012

000063P002-1399S-007
GERARD ALAN SILVA
MANAGING AGENT
307 ADELAIDE HILLS CT
SAN RAMON CA 94583

000019P001-1399S-007
GORDON BROTHERS RETAIL PARTNERS, LLC
ATTN: MACKENZIE SHEA
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON MA 02119

000045P002-1399S-007
GRACE CHUANG INC
MANAGING AGENT
261 WEST 35TH ST
802
NEW YORK NY 10001

| | | | |
|---|---|---|---|
| 000018P001-1399S-007<br>HILCO MERCHANT RESOURCES, LLC<br>ATTN: IAN S. FREDERICKS<br>5 REVERE DRIVE<br>SUITE 206<br>NORTHBROOK IL 60062 | 000038P001-1399S-007<br>I-CENTRIX DBA RYAN PARTNERSHIP<br>MANAGING AGENT<br>3100 EASTON SQUARE PL<br>COLUMBUS OH 43219 | 000004P001-1399S-007<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000064P001-1399S-007<br>KOLESAR & LEATHAM<br>JAMES PATRICK SHEA;BART K LARSEN<br>400 S RAMPART BLVD STE 400<br>LAS VEGAS NV 89145 |
| 000062P002-1399S-007<br>LALIQUE NORTH AMERICA, INC.<br>MANAGING AGENT<br>25 BRANCA RD<br>EAST RUTHERFORD NJ 07073 | 000017P002-1399S-007<br>LAW OFFICES OF JUDITH W ROSS<br>JUDITH W ROSS<br>700 NORTH PEARL ST<br>STE 1610<br>DALLAS TX 75201 | 000033P001-1399S-007<br>LSC COMMUNICATIONS US, LLC<br>MANAGING AGENT<br>PO BOX 932987<br>CLEVELAND OH 44193 | 000047P002-1399S-007<br>LSC COMMUNICATIONS, INC.<br>MANAGING AGENT<br>191 NORTH WACKER DRIVE<br>STE 1400<br>CHICAGO IL 60606 |
| 000032P001-1399S-007<br>MARIA YEE<br>MANAGING AGENT<br>1939 MONTEREY RD<br>STE 8<br>SAN JOSE CA 95112 | 000021P002-1399S-007<br>METRO INVESTMENT COMPANY<br>C/O JONES LANG LASALLE AMERICAS, INC<br>KIM HARDY, MANAGER<br>6410 POPLAR AVE<br>STE 350<br>MEMPHIS TN 38119 | 000025P002-1399S-007<br>MICHAEL MOSCA<br>202 RIPLEY ST<br>SAN FRANCISCO CA 94110 | 000057P002-1399S-007<br>MIEKO MINTZ LLC<br>MARK A. MINTZ, PRESIDENT<br>77 RIVER ST APT 1<br>HOBOKEN NJ 07030-5613 |
| 000013P001-1399S-007<br>MISSISSIPPI DEPT. OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON MI 39225-2808 | 000054P002-1399S-007<br>MOSS ADAMS LLP<br>MANAGING AGENT<br>LOCKBOX 101822<br>2710 MEDIA CENTER DR<br>BLDG. 6, STE 120<br>LOS ANGELES CA 90065 | 000043P001-1399S-007<br>NAM HAI CO. LTD<br>AREA B, DONG CHIEU ZONE<br>TAN DONG HIEP WARD<br>DI AN TOWN BINH DUONG<br>VIETNAM | 000041P001-1399S-007<br>NATURAL FASHION INC. DBA ANU<br>MANAGING AGENT<br>25 JORDAN PLA # 1<br>CHICO CA 95973 |
| 000005P001-1399S-007<br>NEVADA DEPT. OF TAXATION<br>BANKRUPTCY SECTION<br>555 E WASHINGTON AVE<br>#1300<br>LAS VEGAS NV 89101 | 000058P001-1399S-007<br>PETRA CLASS<br>MANAGING AGENT<br>1072 ALABAMA ST<br>SAN FRANCISCO CA 94110 | 000044P001-1399S-007<br>REGENCY INTERNATIONAL BUSINESS<br>MANAGING AGENT<br>50 BROADWAY<br>3RD FLOOR<br>NEW YORK NY 10004 | 000067P001-1399S-007<br>RIEMER BRANSTEIN LLP<br>STEVEN FOX<br>SEVEN TIMES SQUARE<br>STE 2506<br>NEW YORK NY 10036 |
| 000056P001-1399S-007<br>RUSSELL TRUSSO FINE JEWELRY<br>MANAGING AGENT<br>PO BOX 616<br>LAKEWOOD OH 44107-0616 | 000061P001-1399S-007<br>SAN FRANCISCO TAX COLLECTOR<br>MANAGING AGENT<br>PO BOX 7427<br>SAN FRANCISCO CA 94120-7427 | 000027P001-1399S-007<br>SANDBOX STUDIO<br>MANAGING AGENT<br>3850 N 29TH TERRACE<br>STE 107<br>HOLLYWOOD FL 33020 | 000030P002-1399S-007<br>SCHWAK USA, INC.<br>C/O MATTHEWS INTERNATIONAL CORP.<br>MANAGING AGENT<br>18211 NE 68TH STREET<br>STE E # 120<br>REDMOND WA 98502-8528 |
| 000010P001-1399S-007<br>SECRETARY OF STATE<br>STATE OF CALIFORNIA<br>1500 11TH STREET<br>SACRAMENTO CA 95814 | 000029P001-1399S-007<br>SEKO WORLDWIDE, LLC<br>MANAGING AGENT<br>PO BOX 71141<br>CHICAGO IL 60694-1141 | 000050P001-1399S-007<br>SEKO WORLDWIDE, LLC<br>MANAGING AGENT<br>1100 ARLINGTON HEIGHTS RD<br>STE 600<br>ITASCA IL 60143 | 000008P001-1399S-007<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF CHIEF COUNSEL, REGION IX<br>160 SPEAR STREET<br>SUITE 800<br>SAN FRANCISCO CA 94105-1545 |

**Gump's Holdings, LLC, et al.**
**Exhibit Pages**

Page # : 3 of 3                                                                                                          08/22/2018 06:18:32 PM

| | | | |
|---|---|---|---|
| 000014P002-1399S-007<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN. COUNSEL REG. IV<br>61 FORSYTH ST SW<br>STE 20T45<br>ATLANTA GA 30303 | 000065P001-1399S-007<br>ST JAMES LAW PC<br>MICHAEL ST JAMES, ESQ<br>22 BATTERY ST STE 888<br>SAN FRANCISCO CA 94111 | 000012P002-1399S-007<br>STATE OF CALIFORNIA<br>LABOR COMMISSIONER<br>1515 CLAY ST<br>ROOM 801<br>OAKLAND CA 94612 | 000066P001-1399S-007<br>STERLING BUSINESS CREDIT LLC<br>LAUREL VARNEY<br>8401 N CENTRAL EXPRESSWAY<br>STE 600<br>DALLAS TX 75225 |
| 000070P001-1399S-007<br>SULLIVAN HILL<br>ELIZABETH STEPHENS<br>228 SOUTH 4TH STREET<br>FIRST FLOOR<br>LAS VEGAS NV 89101 | 000028P002-1399S-007<br>SUPPORT SERVICES GROUP (TEXAS)<br>MANAGING AGENT<br>300 S 13TH ST<br>WACO TX 76701 | 000007P003-1399S-007<br>UNITED STATES ATTORNEY'S OFFICE<br>ATTN: CIVIL PROCESS CLERK<br>333 LAS VEGAS BLVD SOUTH<br>STE 5000<br>LAS VEGAS NV 89101 | 000001P004-1399S-007<br>UNITED STATES TRUSTEE<br>EDWARD MCDONALD<br>300 LAS VEGAS BLVD SOUTH<br>#4300<br>LAS VEGAS NV 89101 |
| 000037P002-1399S-007<br>VILAGALLO SA<br>CALLE VELAZQUEZ 44<br>ENTRADA POR CL HERMOSILLA<br>MADRID  27001<br>SPAIN | 000042P001-1399S-007<br>WINWARD INTERNATIONAL<br>MANAGING AGENT<br>42760 ALBRAE ST<br>FREMONT CA 94538 | | |

Records Printed :   66