_____
Honorable Laurel E. Babero
United States Bankruptcy Judge



Entered on Docket
September 05, 2018

_____

| | |
|---|---|
| Jeanette E. McPherson, Esq. NV Bar No. 5423 | Michael St. James, CSB No. 95653 |
| Schwartzer & McPherson Law Firm | (Pro Hac Vice) |
| 2850 South Jones Boulevard, Suite 1 | ST. JAMES LAW, P.C. |
| Las Vegas NV  89146-5308 | 22 Battery Street, Suite 888 |
| Telephone:    (702) 228-7590 | San Francisco, California  94111 |
| Facsimile:    (702) 892-0122 | Telephone:  (415) 391-7566 |
| E-Mail:    bkfilings@s-mlaw.com | Facsimile:  (415) 391-7568 |
| | Email:  michael@stjames-law.com |

*Attorneys for Seaker & Sons, a California Partnership*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. BK-S-18-14683-LEB |
| GUMP'S HOLDINGS, LLC, | Chapter 11 |
| Debtor. | *Jointly administered with:*<br>No. BK-S-18-14684 (In re Gump's Corp.)<br>No. BK-S-18-14685 (In re Gump's By Mail, Inc.) |
| ☐    Affects this Debtor. | |
| ☐    Affects all Debtors. | |
| ☒    Affects Gump's Corp. | **ORDER SHORTENING TIME TO HEAR LANDLORD'S MOTION FOR ADEQUATE PROTECTION; NOTICE OF HEARING** |
| ☐    Affects Gump's By Mail, Inc. | |
| | Hearing Date:  September 11, 2018<br>Hearing Time:  9:30 A.M. |

**TO:    ALL PARTIES IN INTEREST**

**PLEASE TAKE NOTICE** that upon an Ex Parte Application For An Order Shortening Time To Hear Landlord's Motion For Adequate Protection, and good cause appearing, the Court finds that there is a situation which justifies shortening the time for hearing, and it is

/ / /

/ / /

OST Order Re Adequate Protection Motion v2.doc

1

1  **ORDERED** that the hearing on the Landlord's Motion For Adequate Protection [ECF No. 125] ("Motion")[1] will be heard before a United States Bankruptcy Judge in the Foley Federal Building, Bankruptcy, 300 Las Vegas Blvd. South, Las Vegas, Nevada in Courtroom Number 3 on the Third Floor on ____September 11____, **2018** at the hour of ____9:30 A.M.____.

  **IT IS FURTHER ORDERED** that the Motion together with any supporting documents, and this Order Shortening Time shall be served to all interested parties no later than one business day after the entry of the Order Shortening Time. Any objections or oppositions to the Motion shall be filed by ____September 7, 2018____. Any replies to the objections or oppositions shall be filed by ____September 10, 2018____. This hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and times at the above noticed hearing or any adjournment thereof.

  For a copy of the filed Motion you may obtain a copy from the Bankruptcy Court online through Pacer at www.nvb.uscourts.gov, or you may contact Schwartzer & McPherson Law Firm by email: bkfilings@s-mlaw.com; facsimile: 702-892-0122; or by telephone: (702) 228-7590.

Submitted by:

/s/  Jeanette E. McPherson
Jeanette E. McPherson, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas NV  89146-5308

and

Michael St. James, CSB No. 95653
(Pro Hac Vice)
ST. JAMES LAW, P.C.
22 Battery Street, Suite 888
San Francisco, California  94111

*Attorneys for Seaker & Sons, a California Partnership*

### 

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings ascribed them in the Motion.