# EXHIBIT A

# EXHIBIT A

GUMP'S BY MAIL, INC. - preliminary as of 8/6/18

| Origin | Destination | Internal Ref# | HLB or HAWB # | Arrival Date | Shipper | Commercial Invoice Value | Commercial Invoice Currency | Commercial Invoice Value in USD | Commercial Invoice Number(s) | Commodity | Container Number | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Shenzhen | Memphis, Tn | 7321060709 | 61N0532051 | 7/13/2018 | DEACON & CO. LTD | 28,169.89 | USD | 28,169.89 | I0127-18 | Furniture | CCLU4814985 | Arrived 7/14/18 |
| Shenzhen | Memphis, Tn | 7321059638 | 61N0529917 | 7/14/2018 | G.T.S CREATIVE LIMITED | 3,880.00 | USD | 3,880.00 | 20094916 | Home Décor | N/A | Arrived 7/14/18 |
| Cebu | Memphis, Tn | 7321060348 | 613571291 | 7/21/2018 | CCM INFINI CORPORATION | 6,147.50 | USD | 6,147.50 | 1238 | Wooden Furniture | CSNU6170621 | Arrived 7/21/18 |
| Cebu | Memphis, Tn | 7321060349 | 613571293 | 7/21/2018 | Casa Cebuana, Inc. | 25,370.00 | USD | 25,370.00 | CR4A800026E | Wooden Furniture | CSNU6170621 | Arrived 7/21/18 |
| Cebu | Memphis, Tn | 7321060350 | 613571295 | 7/21/2018 | 24 | 4,500.00 | USD | 4,500.00 | BBW-0611 | Wooden Furniture | CSNU6170621 | Arrived 7/21/18 |
| Manila | Memphis, Tn | 7321060571 | 613571426 | 8/1/2018 | Lampara Trends Inc. | 6,311.60 | USD | 6,311.60 | 2018-1223 | Capiz Soap Dispenser / Trash can | SEGU463962 | In container to MEM |
| Zhuhai | Memphis, Tn | 7321061905 | 6911343343 | 7/18/2018 | DEACON & CO. LTD | 39,506.28 | USD | 39,506.28 | I0133-18 | Wooden Furniture | TLLU5727508 | Arrived 7/18/18 |
| Shenzhen | Memphis, Tn | 7321063852 | 61N0534402 | 7/29/2018 | DEACON & CO. LTD | 21,507.94 | USD | 21,507.94 | I0153-18 | Lamps | MSCU4245081 | Arrived 7/23/18 |
| Cebu | Memphis, Tn | 7321065761 | 613571585 | 8/5/2018 | Castillex Industrial Corporation | unknown | | unknown | | Rattan / Wood Furniture | CCLU7738467 | In container to MEM |
| Bangkok | Memphis, Tn | 7321066273 | 6840219699 | 8/20/2018 | FLORA WORLD EXPORT CO.,LTD. | 2,473.20 | USD | 2,473.20 | 2018-015 | Christmas Decorations | TCLU1568267 | In container to MEM |
| Hong Kong | Oakland, Ca | 7321072483 | 6911346285 | 8/4/2018 | DEACON & CO. LTD | 702.29 | USD | 702.29 | NC42575 | [unknown] | Not available | In container to SFO |
| Nhava Sheva | Memphis, Tn | 7321058644 | 62C0120893 | 7/16/2018 | H.R. Arora & Sons | 6,640.00 | USD | 6,640.00 | 9606 | Furniture | CPSU1753402 | Arrived 7/16/18 |
| Nhava Sheva | Memphis, Tn | 7321061044 | 62C0121344 | 7/23/2018 | SAGE EXPORTS | 4,595.50 | USD | 4,595.50 | SE-31-GMP-6 | Table Runners | HLXU3300066 | Arrived 7/23/18 |
| London | Memphis, Tn | 7321065163 | 6750059742 | 7/19/2018 | Carola Van Dyke Ltd | 11,560.00 | USD | 11,560.00 | CVD102/2018 | Pillows | UACU5826559 | Arrived 7/25/18 |
| London | Memphis, Tn | 7321065163 | 6750059742 | 7/19/2018 | Carola Van Dyke Ltd | 1,900.00 | | | | | | Arrived 7/25/18 |
| London | Memphis, Tn | 7321065163 | 6750059742 | 7/19/2018 | Carola Van Dyke Ltd | 1,900.00 | | | | | | Arrived 7/25/18 |
| Nhava Sheva | Memphis, Tn | 7321066253 | 62C0122334 | 8/10/2018 | GORA EXPORT INDIA | 4,392.00 | USD | 8,192.00 | GEI-1804 | Waste Bins | FDCU0174419 | In container to MEM |
| Ho Chi Minh City | Memphis, Tn | 7321067949 | 6328067771 | 8/23/2018 | World of Art Craft | 3,615.20 | USD | 3,615.20 | 511-18 | Outdoor planters | FCIU9582258 | In container to MEM |
| Le Havre | San Francisco,Ca | 7321061692 | 69858267 | 7/20/2018 | Manufacture de Digoin | unknown | EUR | unknown | FC201800358 | Ceramics | N/A | Co-loader |

TOTALS 173,171.40    173,171.40