# EXHIBIT D

# EXHIBIT D

DECLARATION OF MATT LITTLETON
IN SUPPORT OF EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.'S
MOTION FOR ADEQUATE PROTECTION
AND FOR RELIEF FROM THE AUTOMATIC STAY

I, Matt Littleton hereby declare under penalty of perjury, as follows:

1. I am employed by Expeditors International of Washington, Inc. ("Expeditors"), with the title of District Manager.

2. I have read the foregoing Expeditors Motion for Adequate Protection and, in the Alternative, for Relief from the Automatic Stay (the "Adequate Protection Motion"). All of the statements in the Expeditors Motion are true and correct, based on my personal knowledge and the books and records of Expeditors made and kept in the ordinary course of business.

3. The exhibits to the Adequate Protection Motion are all true, correct, and genuine.

I declare under penalties of perjury that the foregoing is true and correct.

Executed on August 30, 2018

Matt Littleton