**COHEN JOHNSON PARKER EDWARDS**
H. STAN JOHNSON, ESQ.
Nevada Bar No.: 00265
sjohnson@cohenjohnson.com
RYAN D. JOHNSON, ESQ.
Nevada Bar No.: 14724
375 E. Warm Springs Rd. Ste 104
Las Vegas, NV 89119
*Telephone: (702) 823-3500*
*Facsimile: (702) 823-3400*
*Attorneys for Expeditors International of Washington, Inc.*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>GUMP's HOLDINGS, LLC et al.<br><br>Debtors<br><br>☐ Affects this Debtor.<br>☐ Affects all Debtors<br>☐ Affects Gump's Corp.<br>☑ Affects Gump's By Mail, Inc. | Case No.: BK-S-18-14683-LEB<br>Chapter 11<br><br>*Joint Administered With:*<br>No. BK-S-14684 (In re Gump's Corp.)<br>No. BK-S-14685 (In re Gump's By Mail, Inc.) |

**ATTORNEY INFORMATION SHEET IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTIONS**

As required by Local Rule[1] 9006, H. Stan Johnson, Esq. and Ryan D. Johnson, Esq. of COHEN JOHNSON PARKER EDWARDS, counsel for Creditor Expeditors International of Washington, Inc., ("Expeditors") has contacted the parties listed below regarding the proposed order shortening time to hear Expeditors' Motion by Expeditors International of Washington, Inc. for Adequate Protection and for Relief from the Automatic Stay.

---

[1] Unless otherwise stated, all "Chapter" and "Section" references are to Title 11 of the U.S. Code (the "Bankruptcy Code"); all "Bankruptcy Rule" references are to the Federal Rules of Bankruptcy Procedure; and all references to "Local Rule" are to the Local Rules of Bankruptcy Practice for the U.S. District Court for the District of Nevada.

As required by rule 4001, counsel have attempted in good faith regarding resolution of the motion before filing this motion for relief from stay. These attempts took place more than three business days before Expeditors Motion was filed. See § 362 form attached to Expeditors Motion.

The parties listed below agree and disagree to the time being shortened, as indicated below:

| **Name** | **Date Contacted** | **Agree** | **Disagree** |
|---|---|---|---|
| **Edward M. McDonald** *For the Office of the United States Trustee for the District of Nevada* | August 30, 2018 | X | |
| **Elizabeth E. Stephens and Steven E. Fox** *For Contractual Joint Venture Formed by Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC* | August 30, 2018 | X | |
| **Gabrielle A. Hamm, Mark M. Weisenmiller, and William M. Noall** *For Gump's Holdings, LLC; Gump's by Mail, Inc.; Gump's Corp.* | August 30, 2018 | | X |
| **Bart K. Larsen, James Patrick Shea, and Judith W. Ross** *For Sterling Business Credit, LLC* | August 30, 2018 | | X |
| **Bryan A. Lindsey Connor H. Shea, and Samuel A. Schwartz** *For The official Committee of Unsecured Creditors* | August 30, 2018 | | X |
| **Michael St. James** *For Seaker & Sons* | August 30, 2018 | X | |

DATED: September 6th, 2018

                              **COHEN JOHNSON PARKER EDWARDS**
                              */s/ H. Stan Johnson*_____
                              H. STAN JOHNSON, ESQ.
                              Nevada Bar No.: 00265
                              RYAN D. JOHNSON, ESQ.

**COHEN JOHNSON PARKER EDWARDS**
375 E. WARM SPRINGS RD., Ste. 104
Las Vegas, Nevada 89119
(702) 823-3500 FAX: (702) 823-3400

Nevada Bar No.: 14724
375 E. Warm Springs Rd. Ste 104
Las Vegas, NV 89119
Attorneys for Creditors *Expeditors International of Washington, Inc.*