_____
Honorable Laurel E. Babero
United States Bankruptcy Judge



Entered on Docket
September 07, 2018

**COHEN JOHNSON PARKER EDWARDS**
H. STAN JOHNSON, ESQ.
Nevada Bar No.: 00265
sjohnson@cohenjohnson.com
RYAN D. JOHNSON, ESQ.
Nevada Bar No.: 14724
375 E. Warm Springs Rd. Ste 104
Las Vegas, NV 89119
*Telephone: (702) 823-3500*
*Facsimile: (702) 823-3400*
and

*Attorneys for Expeditors International of Washington, Inc.*

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>GUMP's HOLDINGS, LLC et al.<br><br>Debtors | Case No.: BK-S-18-14683-LEB<br>Chapter 11<br><br>Jointly Administered with:<br><br>No.: BK-S-14684 (In re Gum's Corp.)<br>No.: BK-S-14685 (In re Gump's By Mail, Inc.)<br><br>Hearing Date: September 12, 2018<br>Hearing Time: 10:00 A.M. |
| ☐ Affects this Debtor<br>☐ Affects all Debtors<br>☐ Affects Gump's Corp.<br>☑ Affects Gump's By Mail, Inc. | |

**NOTICE OF HEARING AND ORDER SHORTENING TIME TO HEAR MOTION BY EXPEDITORS INTERNATIONAL OF WASHINGTON, INC. FOR ADEQUATE PROTECTION AND FOR RELIEF FROM THE AUTOMATIC STAY**

On September 6th, 2018, Expeditors International of Washington, Inc., ("Expeditors"), Creditor, filed their Motion by Expeditors International of Washington, Inc. for Adequate Protection and for Relief from the Automatic Stay on an Order Shortening Time. (the "Expeditors Motion")

In the Expeditors Motion, Creditor Expeditors requested adequate protection and relief from the automatic stay regarding goods that were in the possession of Expeditors on the date the petition was filed.

The Court, having considered the *Ex Parte Application for Order Shortening Time to Hear Motion by Expeditors International of Washington, Inc. for Adequate Protection and for Relief from The Automatic Stay,* and good cause appearing therefore,

**IT IS HEREBY ORDERED** and notice is hereby given that the Expeditors Motion shall be heard by a United States Bankruptcy Judge on the 12th day of September 2018, at 10:00 A.M. at the Foley Federal Bldg. at 300 Las Vegas Boulevard South, Courtrom 3, Las Vegas, NV 89101.

A copy of the above-referenced Expeditors Motion and any supporting declarations and exhibits are available on file with the clerk of the United States Bankruptcy Court for the District of Nevada, Foley Federal Building and U.S. Courthouse, 300 S. Las Vegas Blvd., Las Vegas, NV 89101, or may be obtained by emailing Cohen Johnson Parker Edwards at the email address listed above.

IT IS HEREBY FURTHER ORDERED that this Order Shortening Time shall be served immediately upon entry; that any oppositions to the Motion and replies to the oppositions may be presented at the hearing. and that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and times at the above noticed hearing

**COHEN JOHNSON PARKER EDWARDS**
375 E. WARM SPRINGS RD., Ste. 104
Las Vegas, Nevada 89119
(702) 823-3500 FAX: (702) 823-3400

or any adjournment thereof.

/ / /

/ / /

/ / /

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED BY:

COHEN JOHNSON PARKER EDWARDS

By: */s/ H. Stan Johnson,*_____

H. STAN JOHNSON, ESQ.
Nevada Bar No.: 00265
RYAN D. JOHNSON, ESQ.
Nevada Bar No.: 14724
375 E. Warm Springs Rd. Ste 104
Las Vegas, NV 89119

*Attorneys for Creditor Expeditors*

**COHEN JOHNSON PARKER EDWARDS**
375 E. WARM SPRINGS RD., Ste. 104
Las Vegas, Nevada 89119
(702) 823-3500 FAX: (702) 823-3400