**COHEN JOHNSON PARKER EDWARDS**
H. STAN JOHNSON, ESQ.
Nevada Bar No.: 00265
sjohnson@cohenjohnson.com
RYAN D. JOHNSON, ESQ.
Nevada Bar No.: 14724
375 E. Warm Springs Rd. Ste 104
Las Vegas, NV 89119
*Telephone: (702) 823-3500*
*Facsimile: (702) 823-3400*
and

**Brennan, Recupero, Cascione, Scungio & McAllister, LLP**
Thomas S. Hemmendinger (RI #3122)
Lisa M. Kresge (RI #8707)
362 Broadway
Providence, RI 02909
Tel. (401) 453-2300
Fax (401) 453-2345
Email: themmendinger@brcsm.com
Email: lkresge@brcsm.com

*Attorneys for Expeditors International of Washington, Inc.*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>GUMP's HOLDINGS, LLC et al.<br><br>Debtors<br><br>☐ Affects this Debtor<br>☐ Affects all Debtors<br>☐ Affects Gump's Corp.<br>■ Affects Gump's by Mail, Inc. | Case No.: BK-S-18-14683-LEB<br>Chapter 11<br><br>Jointly Administered with:<br><br>No.: BK-S-14684 (In re Gump's Corp.)<br>No.: BK-S-14685 (In Re Gump's By Mail, Inc.)<br><br>Hearing Date:  September 12, 2018<br>Hearing Time:  10:00 a.m. |

## CERTIFICATE OF SERVICE

1. On September 7, 2018, I served the following documents:

**NOTICE OF HEARING AND ORDER SHORTENING TIME TO HEAR MOTION BY EXPEDITORS INTERNATIONAL OF WASHINGTON, INC, FOR ADEQUATE PROTECTION AND FOR RELIEF FROM THE AUTOMATIC STAY**

2. I served the above-named documents by the following means to the persons as listed below:

    a. ☒ ECF System to the following:

SHAWN CHRISTIANSON on behalf of Creditor Oracle America, Inc.
schristianson@buchalter.com, cmcintire@buchalter.com

DONLIN, RECANO & COMPANY, INC. (lj)
nefrecipients@donlinrecano.com, ecalderon@donlinrecano.com

SCOTT D. FINK on behalf of Creditor TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC.
bronationalecf@weltman.com

STEVEN E FOX on behalf of Interested Party CONTRACTUAL JOINT VENTURE FORMED BY HILCO MERCHANT RESOURCES, LLC AND GORDON BROTHERS RETAIL PARTNERS, LLC
sfox@riemerlaw.com, dromanik@riemerlaw.com

GABRIELLE A. HAMM on behalf of Debtor GUMP'S BY MAIL, INC.
ghamm@Gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Debtor GUMP'S CORP.
ghamm@Gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Debtor GUMP'S HOLDINGS, LLC
ghamm@Gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Jnt Admin Debtor GUMP'S BY MAIL, INC.
ghamm@Gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Jnt Admin Debtor GUMP'S CORP.
ghamm@Gtg.legal, bknotices@gtg.legal

H STAN JOHNSON on behalf of Creditor EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.
sjohnson@cohenjohnson.com,
calendar@cohenjohnson.com;rjohnson@cohenjohnson.com;sgondek@cohenjohnson.com

BART K. LARSEN on behalf of Creditor STERLING BUSINESS CREDIT, LLC
blarsen@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com

BRYAN A. LINDSEY on behalf of Creditor Committee THE OFFICIAL COMMITTEE OF

COHEN JOHNSON PARKER EDWARDS
375 E. WARM SPRINGS RD., Ste. 104
Las Vegas, Nevada 89119
(702) 823-3500 FAX: (702) 823-3400

1  UNSECURED CREDITORS
   bryan@nvfirm.com, schwartzecf@gmail.com
2

3  EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
   edward.m.mcdonald@usdoj.gov

4
   JEANETTE E. MCPHERSON on behalf of Creditor SEAKER & SONS, A CALIFORNIA
5  PARTNERSHIP
   bkfilings@s-mlaw.com
6

7  JEANETTE E. MCPHERSON on behalf of Interested Party SEAKER & SONS
   bkfilings@s-mlaw.com
8
   WILLIAM M. NOALL on behalf of Debtor GUMP'S BY MAIL, INC.
9  bknotices@gtg.legal, wnoall@gtg.legal

10 WILLIAM M. NOALL on behalf of Debtor GUMP'S CORP.
   bknotices@gtg.legal, wnoall@gtg.legal
11

12 WILLIAM M. NOALL on behalf of Debtor GUMP'S HOLDINGS, LLC
   bknotices@gtg.legal, wnoall@gtg.legal
13
   WILLIAM M. NOALL on behalf of Jnt Admin Debtor GUMP'S BY MAIL, INC.
14 bknotices@gtg.legal, wnoall@gtg.legal

15
   WILLIAM M. NOALL on behalf of Jnt Admin Debtor GUMP'S CORP.
16 bknotices@gtg.legal, wnoall@gtg.legal

17 SAMUEL A. SCHWARTZ on behalf of Creditor Committee THE OFFICIAL COMMITTEE
   OF UNSECURED CREDITORS
18 saschwartz@bhfs.com,
   ECF@bhfs.com;schwartzsr45599@notify.bestcase.com;sheacr80693@notify.bestcase.com
19

20 JAMES PATRICK SHEA on behalf of Creditor STERLING BUSINESS CREDIT, LLC
   jshea@klnevada.com, mbarnes@klnevada.com;bankruptcy@klnevada.com
21

22 JEFFREY G. SLOANE on behalf of Creditor TOYOTA INDUSTRIES COMMERCIAL
   FINANCE, INC.
23 jeff@jsloanelaw.com;kristi@jsloanelaw.com

24 MICHAEL ST. JAMES on behalf of Creditor SEAKER & SONS, A CALIFORNIA
   PARTNERSHIP
25 Michael@stjames-law.com

26
   MICHAEL ST. JAMES on behalf of Interested Party SEAKER & SONS
27 Michael@stjames-law.com

28 ELIZABETH E. STEPHENS on behalf of Interested Party CONTRACTUAL JOINT

COHEN JOHNSON PARKER EDWARDS
375 E. WARM SPRINGS RD., Ste. 104
Las Vegas, Nevada 89119
(702) 823-3500 FAX: (702) 823-3400

1  VENTURE FORMED BY HILCO MERCHANT RESOURCES, LLC AND GORDON BROTHERS RETAIL PARTNERS, LLC
rudolph@sullivanhill.com;hill@sullivanhill.com;millerick@sullivanhill.com;dabbieri@sullivanhill.com;bkstaff@sullivanhill.com;stephens@ecf.courtdrive.com;Hawkins@sullivanhill.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

MARK M. WEISENMILLER on behalf of Debtor GUMP'S BY MAIL, INC.
mweisenmiller@gtg.legal, bknotices@gtg.legal

MARK M. WEISENMILLER on behalf of Debtor GUMP'S CORP.
mweisenmiller@gtg.legal, bknotices@gtg.legal

MARK M. WEISENMILLER on behalf of Debtor GUMP'S HOLDINGS, LLC
mweisenmiller@gtg.legal, bknotices@gtg.legal

MARK M. WEISENMILLER on behalf of Jnt Admin Debtor GUMP'S BY MAIL, INC.
mweisenmiller@gtg.legal, bknotices@gtg.legal

MARK M. WEISENMILLER on behalf of Jnt Admin Debtor GUMP'S CORP.
mweisenmiller@gtg.legal, bknotices@gtg.legal

    b.   ☒ United States Mail, postage fully prepaid, to the attached Matrix

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 7th day of September, 2018.

                              _____/s/ Sarah Gondek_____
                              An employee of Cohen Johnson Parker Edwards

COHEN JOHNSON PARKER EDWARDS
375 E. WARM SPRINGS RD., Ste. 104
Las Vegas, Nevada 89119
(702) 823-3500 FAX: (702) 823-3400

| | | |
|---|---|---|
| AARON HENRY<br>MANAGING AGENT<br>550 SOUTH HILL ST<br>#1620<br>LOS ANGELES CA 90013 | ALLSTATE FLORAL & CRAFT, INC.<br>MANAGING AGENT<br>14038 PARK PL<br>CERRITOS CA 90703 | APF FBO PROFESSIONAL STAFFING CO. INC<br>MANAGING AGENT<br>PO BOX 823473<br>PHILADELPHIA PA 19182-3473 |
| ASTOUND COMMERCE CORPORATION<br>MANAGING AGENT<br>111 BAYHILL DR<br>STE 425<br>SAN BRUNO CA 94066 | BARBARA HEINRICH STUDIO<br>MANAGING AGENT<br>77 EAST JEFFERSON RD<br>PITTSFORD NY 14534 | BRIAN TSUNG<br>1570 8TH AVE<br>SAN FRANCISCO CA 94112 |
| BROWNSTEIN HYATT FARBER SCHRECK LLP<br>SAMUEL A SCHWARTZ; BRYAN A<br>LINDSEY;CONNOR H SHEA<br>100 NORTH CITY PARKWAY STE 1600<br>LAS VEGAS NV 89106-4614 | BUCCELLATI INC.<br>MANAGING AGENT<br>714 MADISON AVE<br>4TH FL<br>NEW YORK NY 10065 | CALIFORNIA DEPT. OF TAX & FEE ADMIN.<br>ACCOUNT INFORMATION GROUP, MIC:29<br>PO BOX 942879<br>SACRAMENTO CA 94279-0029 |
| CENTRAL NATIONAL GOTTESMAN INC.<br>MANAGING AGENT/JANE HARNESS<br>3 MANHATTANVILLE RD<br>PURCHASE NY 10577 | CIT GROUP/COMMERCIAL SERVICES<br>MANAGING AGENT<br>ONE CIT DRIVE<br>LIVINGSTON NJ 07039 | CITY OF OLIVE BRANCH<br>MANAGING AGENT<br>9200 PIGEON ROOST<br>OLIVE BRANCH MS 38654 |
| COMCAST SPOTLIGHT<br>MANAGING AGENT<br>PO BOX 742637<br>LOS ANGELES CA 90074 | CORPORATE PARTNERS II, LTD.<br>ATTN: JONATHAN KAGAN<br>45 ROCKEFELLER PLAZA<br>STE 2626<br>NEW YORK NY 10111 | CUSHMAN & WAKEFIELD, INC.<br>RICH LEE<br>425 MARKET ST<br>STE 2300<br>SAN FRANCISCO CA 94105 |
| DEACON & CO.<br>MANAGING AGENT<br>5/F. TOWER 2<br>SOUTH SEAS CENTRE, 75 MODY<br>KOWLOON HONG KONG 999077<br>HONG KONG | DELAWARE DIV. OF REVENUE/BANKR. SVS.<br>ZILLAH A. FRAMPTION - BANKR. ADMIN.<br>CARVEL STATE OFFICE BUILDING<br>820 N. FRENCH ST 8TH FL<br>WILMINGTON DE 19801 | DURLAND CO.<br>MANAGING AGENT<br>608 FIFTH AVE<br>STE 407<br>NEW YORK NY 10020 |
| EMPLOYMENT DEVELOPMENT DEPT.<br>ATTN: MIC 53 800<br>CAPITOL MALL<br>SACRAMENTO CA 95814 | EPSILON DATA MANAGEMENT, LLC<br>MANAGING AGENT<br>3788 MOMENTUM PL<br>CHICAGO IL 60689-5337 | FEDEX CORPORATE SERVICES INC.<br>MANAGING AGENT<br>942 S SHADY GROVE RD<br>MEMPHIS TN 38120 |
| FRANCES LANE, LLC<br>LINDSAY JERNEGAN<br>22 DIGITAL DRIVE<br>STE F<br>NOVATO CA 94945 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION, MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | FURNITURE CLASSICS<br>MANAGING AGENT<br>835 PHILPOTTS ROAD<br>NORFOLK VA 23513 |
| GARMAN TURNER GORDON LLP<br>WILLIAM M. NOALL<br>650 WHITE DRIVE<br>SUITE 100<br>LAS VEGAS NV 89119 | GEORG JENSEN INC.<br>MANAGING AGENT<br>580 BROADWAY<br>STE 506<br>NEW YORK NY 10012 | GERARD ALAN SILVA<br>MANAGING AGENT<br>307 ADELAIDE HILLS CT<br>SAN RAMON CA 94583 |
| GORDON BROTHERS RETAIL PARTNERS, LLC<br>ATTN: MACKENZIE SHEA<br>PRUDENTIAL TOWER<br>800 BOYLSTON STREET<br>BOSTON MA 02119 | GRACE CHUANG INC<br>MANAGING AGENT<br>261 WEST 35TH ST<br>802<br>NEW YORK NY 10001 | GUMP'S HOLDINGS, LLC ET AL.<br>ATTN: TONY LOPEZ<br>135 POST STREET<br>SAN FRANCISCO CA 94108 |

| | | |
|---|---|---|
| HILCO MERCHANT RESOURCES, LLC<br>ATTN: IAN S. FREDERICKS<br>5 REVERE DRIVE<br>SUITE 206<br>NORTHBROOK IL 60062 | I-CENTRIX DBA RYAN PARTNERSHIP<br>MANAGING AGENT<br>3100 EASTON SQUARE PL<br>COLUMBUS OH 43219 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| LALIQUE NORTH AMERICA, INC.<br>MANAGING AGENT<br>25 BRANCA RD<br>EAST RUTHERFORD NJ 07073 | LAW OFFICES OF JUDITH W ROSS<br>JUDITH W ROSS<br>700 NORTH PEARL ST<br>STE 1610<br>DALLAS TX 75201 | LSC COMMUNICATIONS US, LLC<br>MANAGING AGENT<br>PO BOX 932987<br>CLEVELAND OH 44193 |
| LSC COMMUNICATIONS, INC.<br>MANAGING AGENT<br>191 NORTH WACKER DRIVE<br>STE 1400<br>CHICAGO IL 60606 | MARIA YEE<br>MANAGING AGENT<br>1939 MONTEREY RD<br>STE 8<br>SAN JOSE CA 95112 | METRO INVESTMENT COMPANY<br>C/O JONES LANG LASALLE AMERICAS, INC<br>KIM HARDY, MANAGER<br>6410 POPLAR AVE<br>STE 350<br>MEMPHIS TN 38119 |
| MICHAEL MOSCA<br>202 RIPLEY ST<br>SAN FRANCISCO CA 94110 | MIEKO MINTZ LLC<br>MARK A. MINTZ, PRESIDENT<br>77 RIVER ST APT 1<br>HOBOKEN NJ 07030-5613 | MISSISSIPPI DEPT. OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON MI 39225-2808 |
| MOSS ADAMS LLP<br>MANAGING AGENT<br>LOCKBOX 101822<br>2710 MEDIA CENTER DR<br>BLDG. 6, STE 120<br>LOS ANGELES CA 90065 | NAM HAI CO. LTD<br>AREA B, DONG CHIEU ZONE<br>TAN DONG HIEP WARD<br>DI AN TOWN BINH DUONG<br>VIETNAM | NATURAL FASHION INC. DBA ANU<br>MANAGING AGENT<br>25 JORDAN PLA # 1<br>CHICO CA 95973 |
| NEVADA DEPT. OF TAXATION<br>BANKRUPTCY SECTION<br>555 E WASHINGTON AVE<br>#1300<br>LAS VEGAS NV 89101 | PETRA CLASS<br>MANAGING AGENT<br>1072 ALABAMA ST<br>SAN FRANCISCO CA 94110 | REGENCY INTERNATIONAL BUSINESS<br>MANAGING AGENT<br>50 BROADWAY<br>3RD FLOOR<br>NEW YORK NY 10004 |
| RIEMER BRANSTEIN LLP<br>STEVEN FOX<br>SEVEN TIMES SQUARE<br>STE 2506<br>NEW YORK NY 10036 | RUSSELL TRUSSO FINE JEWELRY<br>MANAGING AGENT<br>PO BOX 616<br>LAKEWOOD OH 44107-0616 | SAN FRANCISCO TAX COLLECTOR<br>MANAGING AGENT<br>PO BOX 7427<br>SAN FRANCISCO CA 94120-7427 |
| SANDBOX STUDIO<br>MANAGING AGENT<br>3850 N 29TH TERRACE<br>STE 107<br>HOLLYWOOD FL 33020 | SCHWAK USA, INC.<br>C/O MATTHEWS INTERNATIONAL CORP.<br>MANAGING AGENT<br>18211 NE 68TH STREET<br>STE E # 120<br>REDMOND WA 98502-8528 | SECRETARY OF STATE<br>STATE OF CALIFORNIA<br>1500 11TH STREET<br>SACRAMENTO CA 95814 |
| SEKO WORLDWIDE, LLC<br>MANAGING AGENT<br>PO BOX 71141<br>CHICAGO IL 60694-1141 | SEKO WORLDWIDE, LLC<br>MANAGING AGENT<br>1100 ARLINGTON HEIGHTS RD<br>STE 600<br>ITASCA IL 60143 | SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF CHIEF COUNSEL, REGION IX<br>160 SPEAR STREET<br>SUITE 800<br>SAN FRANCISCO CA 94105-1545 |
| SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN. COUNSEL REG. IV<br>61 FORSYTH ST SW<br>STE 20T45<br>ATLANTA GA 30303 | STATE OF CALIFORNIA<br>LABOR COMMISSIONER<br>1515 CLAY ST<br>ROOM 801<br>OAKLAND CA 94612 | STERLING BUSINESS CREDIT LLC<br>LAUREL VARNEY<br>8401 N CENTRAL EXPRESSWAY<br>STE 600<br>DALLAS TX 75225 |

| | | |
|---|---|---|
| SULLIVAN HILL<br>ELIZABETH STEPHENS<br>228 SOUTH 4TH STREET<br>FIRST FLOOR<br>LAS VEGAS NV 89101 | SUPPORT SERVICES GROUP (TEXAS)<br>MANAGING AGENT<br>300 S 13TH ST<br>WACO TX 76701 | UNITED STATES ATTORNEY'S OFFICE<br>ATTN: CIVIL PROCESS CLERK<br>333 LAS VEGAS BLVD SOUTH<br>STE 5000<br>LAS VEGAS NV 89101 |
| UNITED STATES TRUSTEE<br>EDWARD MCDONALD<br>300 LAS VEGAS BLVD SOUTH<br>#4300<br>LAS VEGAS NV 89101 | VILAGALLO SA<br>CALLE VELAZQUEZ 44<br>ENTRADA POR CL HERMOSILLA<br>MADRID 27001<br>SPAIN | WINWARD INTERNATIONAL<br>MANAGING AGENT<br>42760 ALBRAE ST<br>FREMONT CA 94538 |