JAMES PATRICK SHEA, ESQ.
Nevada Bar No. 405
BART K. LARSEN, ESQ.
Nevada Bar No. 8538
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada  89145
Telephone:  (702) 362-7800
Facsimile:  (702) 362-9472
E-Mail:  jshea@klnevada.com
         blarsen@klnevada.com

JUDITH W. ROSS
*Admitted Pro Hac Vice*
Texas State Bar No. 21010670
**LAW OFFICES OF JUDITH W. ROSS**
700 N. Pearl Street, Suite 1610
Dallas, Texas 75201
Telephone: (214) 377-7879
Facsimile: (214) 377-9409
E-Mail:  judith.ross@judithwross.com

*Counsel to Sterling Business Credit, LLC*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>GUMP'S HOLDINGS, LLC<br><br>☐ Affects this Debtor.<br>☒ Affects all Debtors.<br>☐ Affects Gump's Corp.<br>☐ Affects Gump's By Mail, Inc. | Case No.: BK-S-18-14683-leb<br>Chapter 11<br><br>*Jointly administered with*:<br><br>No. BK-S-14684 (In re Gump's Corp.)<br>No. BK-S-14685 (In re Gump's By Mail, Inc.)<br><br><br>Hearing Date:    September 12, 2018<br>Hearing Time:    10:00 A.M. (PT) |

**RESPONSE IN SUPPORT OF DEBTORS' MOTION FOR ORDER APPROVING PAYMENT OF BONUSES TO MISSISSIPPI EMPLOYEES**

Sterling Business Credit, LLC ("Sterling") files this response in support of the *Motion for Order Approving Payment of Bonuses to Mississippi Employees* [ECF No. 140] (the "Motion")[1]

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

filed by Gump's Holdings, LLC, Gump's Corp., and Gump's By Mail, Inc. (collectively, "Debtors") seeking authority to pay certain limited prepetition obligations to employees of the Debtors' Distribution Center, and respectfully states as follows:[2]

## RESPONSE IN SUPPORT

1. As stated in the Motion, in the weeks leading up to the Debtors' chapter 11 filings, there was significant uncertainty regarding both the Debtors' next steps and Sterling's willingness to provide additional funding in the form of debtor-in-possession financing in light of the Debtors' financial situation and the amount the Debtors' already owed Sterling under their prepetition loan agreement.[3] On Friday, July 27, 2018, after being informed that the Debtors were planning to proceed with a chapter 7 filing, Sterling took actions, in discussion with the Debtors, to protect its collateral in the midst of what appeared to be a "free fall" process. According to the Motion, the prior evening, in preparation for a chapter 7 filing, the Debtors began terminating the employees of the Debtors' Mississippi-based Distribution Center, though they held off taking similar action to terminate employees in their San Francisco offices and retail location. Such terminations were apparently completed the following morning (Friday, July 27th), but as the day progressed, the Debtors and Sterling came to a preliminary agreement regarding financing that ultimately facilitated a chapter 11 filing. This agreement with the Debtors included the requirement that the Debtors promptly pay a particular bonus to each of the nine employees of the Distribution Center in consideration of those employees' abrupt termination and the related turmoil and confusion. The Debtors confirm such agreement in the Motion. *See* ¶ 15 of the Motion.

---

[2] This Objection is supported by the Declaration of Laurel Varney filed herewith (the "Varney Declaration").

[3] More information regarding this prepetition loan agreement, the related Debtor obligations, and Sterling's liens and security interests is set forth in, among other filings, the Court's *Final Order (A) Authorizing the Debtors to Obtain Post-Petition Financing, (B) Granting Liens and Providing Administrative Expense Status, (C) Authorizing the Debtors' Use of Cash Collateral, (D) Granting Adequate Protection, (E) Modifying the Automatic Stay, and (F) Granting Related Relief* [ECF No. 148] (the "DIP Order"), the *Declaration of Laurel Varney in Support of Debtors' First-Day Motions Regarding Debtor-in-Possession Financing and Asset Liquidation* [ECF No. 42], and the *First Supplemental Declaration of Laurel Varney in Support of Debtors' First-Day Motions Regarding Debtor-in-Possession Financing and Asset Liquidation* [ECF No. 48].

2. Debtors hired back some of those employees almost immediately after terminating them, but Sterling wanted to ensure that all nine employees came back and worked hard for the mutual benefit of Sterling and the Debtors' estates. While payment of the bonuses was included in the budget attached to the DIP Order, Sterling had no means of confirming whether the correct amount was included and has since learned that the full amount was not reflected in the budget.

3. While Sterling disagrees with the Debtors' characterization of the communications that took place with the Debtors regarding such bonuses, Sterling supports the relief requested in the Motion and requests that the applicable bonus be paid by the Debtors to each of the nine Distribution Center employees without further delay. As stated in the Motion, Sterling agrees that such amounts may be paid out of the DIP Financing (as defined in the DIP Order). Further, because these payments were required by Sterling in its initial agreement to provide the Debtors with certain pre-petition financing, as well as the post-petition financing approved in the DIP Order, any additional delay deprives Sterling of this aspect of its agreed-upon terms *after* Sterling has already provided the Debtors with significant funds.

4. Accordingly, Sterling supports relief requested in the Motion and requests that the Court authorize the prompt payment of the Mississippi Employee Obligations set forth in the Motion.

*[Remainder of the Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: September 11, 2018 | */s/  Judith W. Ross* <br> Judith W. Ross <br> Law Offices of Judith W. Ross <br> 700 N. Pearl Street, Suite 1610 <br> Dallas, Texas 75201 <br> Telephone: (214) 377-7879 <br> Facsimile: (214) 377-9409 <br> E-Mail:    judith.ross@judithwross.com <br> <br> James Patrick Shea, Esq. <br> Bart K. Larsen, Esq. <br> Kolesar & Leatham <br> 400 South Rampart Boulevard, Suite 400 <br> Las Vegas, Nevada  89145 <br> Telephone:  (702) 362-7800 <br> Facsimile:  (702) 362-9472 <br> E-Mail:    jshea@klnevada.com <br>              blarsen@klnevada.com <br> <br> *Counsel to Sterling Business Credit, LLC* |

4