```
 1  GARMAN TURNER GORDON LLP
    WILLIAM M. NOALL
 2  Nevada Bar No. 3549
    E-mail:  wnoall@gtg.legal
 3  GABRIELLE A. HAMM
    Nevada Bar No. 11588
 4  E-mail:  ghamm@gtg.legal
 5  MARK M. WEISENMILLER
    Nevada Bar No. 12128
 6  E-mail:  mweisenmiller@gtg.legal
    650 White Drive, Suite 100
 7  Las Vegas, Nevada 89119
 8  Telephone (725) 777-3000
    Facsimile (725) 777-3112
 9  Attorneys for Debtor
```

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

In re:

GUMP'S HOLDINGS, LLC

☐ Affects this Debtor.

☒ Affects all Debtors.

☐ Affects Gump's Corp.

☐ Affects Gump's By Mail, Inc.

Case No.: BK-S-18-14683-leb
Chapter 11

*Jointly administered with:*

No. BK-S-14684 (In re Gump's Corp.)
No. BK-S-14685 (In re Gump's By Mail, Inc.)

**CERTIFICATE OF SERVICE**

STATE OF NEW YORK     )
                      ) ss:
COUNTY OF KINGS       )

I, John Burlacu, declare:

    1.    I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 11th day of September, 2018, I caused a true and accurate copy of the *Notice of Hearing and Order Shortening Time to Hear Motion for Order Approving Payment of Bonuses to Mississippi Employees* (Docket No. 160) to be served via electronic mail upon the parties as set forth in Exhibit 1, and via First Class US Mail upon the parties as set forth in Exhibit 2, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 12th day of September, 2018, Brooklyn, New York.

By _____
John Burlacu

Sworn before me this
12th day of September, 2018

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
COMM. EXP. September 14, 2021

# EXHIBIT 1

# Gump's Holdings, LLC, et al.
# Electronic Mail
# Exhibit Pages

Page # : 1 of 3                                                                                                   09/11/2018 05:56:30 PM

| | | | |
|---|---|---|---|
| 000055P003-1399S-010<br>AARON HENRY<br>MANAGING AGENT<br>550 SOUTH HILL ST<br>#1620<br>LOS ANGELES CA 90013<br>AHENRYDESIGNS@SBCGLOBAL.NET | 000034P002-1399S-010<br>ALLSTATE FLORAL & CRAFT, INC.<br>MANAGING AGENT<br>14038 PARK PL<br>CERRITOS CA 90703<br>SUEGILBERTSON@ATT.NET | 000039P001-1399S-010<br>APF FBO PROFESSIONAL STAFFING CO. INC<br>MANAGING AGENT<br>PO BOX 823473<br>PHILADELPHIA PA 19182-3473<br>JENNIFER@PSCSTAFFING.COM | 000039P001-1399S-010<br>APF FBO PROFESSIONAL STAFFING CO. INC<br>MANAGING AGENT<br>PO BOX 823473<br>PHILADELPHIA PA 19182-3473<br>D.OWEN@ADVANCEPARTNERS.COM |
| 000036P001-1399S-010<br>ASTOUND COMMERCE CORPORATION<br>MANAGING AGENT<br>111 BAYHILL DR<br>STE 425<br>SAN BRUNO CA 94066<br>ALEXANDER@ASTOUNDCOMMERCE.COM | 000036P001-1399S-010<br>ASTOUND COMMERCE CORPORATION<br>MANAGING AGENT<br>111 BAYHILL DR<br>STE 425<br>SAN BRUNO CA 94066<br>AR@ASTOUNDCOMMERCE.COM | 000036P001-1399S-010<br>ASTOUND COMMERCE CORPORATION<br>MANAGING AGENT<br>111 BAYHILL DR<br>STE 425<br>SAN BRUNO CA 94066<br>LEGAL@ASTOUNDCOMMERCE.COM | 000053P002-1399S-010<br>BARBARA HEINRICH STUDIO<br>MANAGING AGENT<br>77 EAST JEFFERSON RD<br>PITTSFORD NY 14534<br>JANINE@BARBARAHEINRICHSTUDIO.COM |
| 000023P001-1399S-010<br>BRIAN TSUNG<br>1570 8TH AVE<br>SAN FRANCISCO CA 94112<br>BRIANTSUNG@GMAIL.COM | 000071P001-1399S-010<br>BROWNSTEIN HYATT FARBER SCHRECK LLP<br>SAMUEL A SCHWARTZ; BRYAN A LINDSEY;CONNOR H SHEA<br>100 NORTH CITY PARKWAY STE 1600<br>LAS VEGAS NV 89106-4614<br>SASCHWARTZ@BHFS.COM | 000071P001-1399S-010<br>BROWNSTEIN HYATT FARBER SCHRECK LLP<br>SAMUEL A SCHWARTZ; BRYAN A LINDSEY;CONNOR H SHEA<br>100 NORTH CITY PARKWAY STE 1600<br>LAS VEGAS NV 89106-4614<br>BLINDSEY@BHFS.COM | 000071P001-1399S-010<br>BROWNSTEIN HYATT FARBER SCHRECK LLP<br>SAMUEL A SCHWARTZ; BRYAN A LINDSEY;CONNOR H SHEA<br>100 NORTH CITY PARKWAY STE 1600<br>LAS VEGAS NV 89106-4614<br>CSHEA@BHFS.COM |
| 000049P002-1399S-010<br>BUCCELLATI INC.<br>MANAGING AGENT<br>714 MADISON AVE<br>4TH FL<br>NEW YORK NY 10065<br>AURORA.NIEVES@BUCCELLATI.COM | 000068P001-1399S-010<br>BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M CHRISTIANSON, ESQ<br>55 SECOND ST, 17TH FLOOR<br>SAN FRANCISCO CA 94105-3493<br>SCHRISTIANSON@BUCHALTER.COM | 000073P001-1399S-010<br>COHEN JOHNSON PARKER EDWARDS<br>H. STAN JOHNSON, ESQ.<br>375 E. WARM SPRINGS RD. STE 104<br>LAS VEGAS NV 89119<br>SJOHNSON@COHENJOHNSON.COM | 000059P001-1399S-010<br>COMCAST SPOTLIGHT<br>MANAGING AGENT<br>PO BOX 742637<br>LOS ANGELES CA 90074<br>ASK_BUSOPS@COMCAST.COM |
| 000020P002-1399S-010<br>CORPORATE PARTNERS II, LTD.<br>ATTN:  JONATHAN KAGAN<br>45 ROCKEFELLER PLAZA<br>STE 2626<br>NEW YORK NY 10111<br>JONATHAN.KAGAN@CORPORATEPARTNERSLLC.COM | 000020P002-1399S-010<br>CORPORATE PARTNERS II, LTD.<br>ATTN:  JONATHAN KAGAN<br>45 ROCKEFELLER PLAZA<br>STE 2626<br>NEW YORK NY 10111<br>MICHAEL.MOYLAN@CORPORATEPARTNERSLLC.COM | 000051P002-1399S-010<br>CUSHMAN & WAKEFIELD, INC.<br>RICH LEE<br>425 MARKET ST<br>STE 2300<br>SAN FRANCISCO CA 94105<br>PM@SHREVEBUILDING.COM | 000046P001-1399S-010<br>DEACON & CO.<br>MANAGING AGENT<br>5/F. TOWER 2<br>SOUTH SEAS CENTRE, 75 MODY<br>KOWLOON HONG KONG  999077<br>HONG KONG<br>ROMAN.YAWORSKY@DEACON.COM.HK |
| 000060P001-1399S-010<br>DURLAND CO.<br>MANAGING AGENT<br>608 FIFTH AVE<br>STE 407<br>NEW YORK NY 10020<br>ESTATE@DURLANDCO.COM | 000040P002-1399S-010<br>EPSILON DATA MANAGEMENT, LLC<br>MANAGING AGENT<br>3788 MOMENTUM PL<br>CHICAGO IL 60689-5337<br>CHRIS.SCHULTE@EPSILON.COM | 000026P002-1399S-010<br>FEDEX CORPORATE SERVICES INC.<br>MANAGING AGENT<br>942 S SHADY GROVE RD<br>MEMPHIS TN 38120<br>BRYAN.JOHNSON@FEDEX.COM | 000035P001-1399S-010<br>FURNITURE CLASSICS<br>MANAGING AGENT<br>835 PHILPOTTS ROAD<br>NORFOLK VA 23513<br>INFO@FURNITURECLASSICS.COM |

# Gump's Holdings, LLC, et al.
# Electronic Mail
# Exhibit Pages

Page # : 2 of 3                                                                                                        09/11/2018 05:56:30 PM

| | | | |
|---|---|---|---|
| 000052P001-1399S-010<br>GEORG JENSEN INC.<br>MANAGING AGENT<br>580 BROADWAY<br>STE 506<br>NEW YORK NY 10012<br>JUDITH.SMITH@GEORGJENSEN.COM | 000019P001-1399S-010<br>GORDON BROTHERS RETAIL PARTNERS, LLC<br>ATTN: MACKENZIE SHEA<br>PRUDENTIAL TOWER<br>800 BOYLSTON STREET<br>BOSTON MA 02119<br>MSHEA@GORDONBROTHERS.COM | 000019P001-1399S-010<br>GORDON BROTHERS RETAIL PARTNERS, LLC<br>ATTN: MACKENZIE SHEA<br>PRUDENTIAL TOWER<br>800 BOYLSTON STREET<br>BOSTON MA 02119<br>TSHILLING@GORDONBROTHERS.COM | 000019P001-1399S-010<br>GORDON BROTHERS RETAIL PARTNERS, LLC<br>ATTN: MACKENZIE SHEA<br>PRUDENTIAL TOWER<br>800 BOYLSTON STREET<br>BOSTON MA 02119<br>MPECORA@GORDONBROTHERS.COM |
| 000018P001-1399S-010<br>HILCO MERCHANT RESOURCES, LLC<br>ATTN: IAN S. FREDERICKS<br>5 REVERE DRIVE<br>SUITE 206<br>NORTHBROOK IL 60062<br>IFREDERICKS@HILCOGLOBAL.COM | 000018P001-1399S-010<br>HILCO MERCHANT RESOURCES, LLC<br>ATTN: IAN S. FREDERICKS<br>5 REVERE DRIVE<br>SUITE 206<br>NORTHBROOK IL 60062<br>DARNOLD@HILCOGLOBAL.COM | 000038P001-1399S-010<br>I-CENTRIX DBA RYAN PARTNERSHIP<br>MANAGING AGENT<br>3100 EASTON SQUARE PL<br>COLUMBUS OH 43219<br>ANGELICA.LENT@EPSILON.COM | 000064P001-1399S-010<br>KOLESAR & LEATHAM<br>JAMES PATRICK SHEA;BART K LARSEN<br>400 S RAMPART BLVD STE 400<br>LAS VEGAS NV 89145<br>JSHEA@KLNEVADA.COM |
| 000064P001-1399S-010<br>KOLESAR & LEATHAM<br>JAMES PATRICK SHEA;BART K LARSEN<br>400 S RAMPART BLVD STE 400<br>LAS VEGAS NV 89145<br>BLARSEN@KLNEVADA.COM | 000017P002-1399S-010<br>LAW OFFICES OF JUDITH W ROSS<br>JUDITH W ROSS<br>700 NORTH PEARL ST<br>STE 1610<br>DALLAS TX 75201<br>JUDITH.ROSS@JUDITHWROSS.COM | 000017P002-1399S-010<br>LAW OFFICES OF JUDITH W ROSS<br>JUDITH W ROSS<br>700 NORTH PEARL ST<br>STE 1610<br>DALLAS TX 75201<br>JESSICA.LEWIS@JUDITHWROSS.COM | 000047P002-1399S-010<br>LSC COMMUNICATIONS, INC.<br>MANAGING AGENT<br>191 NORTH WACKER DRIVE<br>STE 1400<br>CHICAGO IL 60606<br>ERIN.L.MARTIN@LSCCOM.COM |
| 000032P001-1399S-010<br>MARIA YEE<br>MANAGING AGENT<br>1939 MONTEREY RD<br>STE 8<br>SAN JOSE CA 95112<br>LINDA@MARIAYEE.COM | 000025P002-1399S-010<br>MICHAEL MOSCA<br>202 RIPLEY ST<br>SAN FRANCISCO CA 94110<br>MICHAELMOSCA@ME.COM | 000057P002-1399S-010<br>MIEKO MINTZ LLC<br>MARK A. MINTZ, PRESIDENT<br>77 RIVER ST APT 1<br>HOBOKEN NJ 07030-5613<br>MARKMINTZ@OPTONLINE.NET | 000054P002-1399S-010<br>MOSS ADAMS LLP<br>MANAGING AGENT<br>LOCKBOX 101822<br>2710 MEDIA CENTER DR<br>BLDG. 6, STE 120<br>LOS ANGELES CA 90065<br>KIMBERLY.MEYERS@MOSSADAMS.COM |
| 000043P001-1399S-010<br>NAM HAI CO. LTD<br>AREA B, DONG CHIEU ZONE<br>TAN DONG HIEP WARD<br>DI AN TOWN BINH DUONG<br>VIETNAM<br>NINHVTU@YAHOO.COM.VN | 000041P001-1399S-010<br>NATURAL FASHION INC. DBA ANU<br>MANAGING AGENT<br>25 JORDAN PLA # 1<br>CHICO CA 95973<br>PCHOPRA@NATURALFASHIONS.NET | 000058P001-1399S-010<br>PETRA CLASS<br>MANAGING AGENT<br>1072 ALABAMA ST<br>SAN FRANCISCO CA 94110<br>PETRA.CLASS@GMAIL.COM | 000044P001-1399S-010<br>REGENCY INTERNATIONAL BUSINESS<br>MANAGING AGENT<br>50 BROADWAY<br>3RD FLOOR<br>NEW YORK NY 10004<br>ANA@REGENCY-RIB.COM |
| 000067P001-1399S-010<br>RIEMER BRANSTEIN LLP<br>STEVEN FOX<br>SEVEN TIMES SQUARE<br>STE 2506<br>NEW YORK NY 10036<br>SFOX@RIEMERLAW.COM | 000056P001-1399S-010<br>RUSSELL TRUSSO FINE JEWELRY<br>MANAGING AGENT<br>PO BOX 616<br>LAKEWOOD OH 44107-0616<br>RUSS@RUSSELLTRUSSO.COM | 000027P001-1399S-010<br>SANDBOX STUDIO<br>MANAGING AGENT<br>3850 N 29TH TERRACE<br>STE 107<br>HOLLYWOOD FL 33020<br>DONNA.JAGRU@CREATIVEDRIVE.COM | 000030P002-1399S-010<br>SCHWAK USA, INC.<br>C/O MATTHEWS INTERNATIONAL CORP.<br>MANAGING AGENT<br>18211 NE 68TH STREET<br>STE E # 120<br>REDMOND WA 98502-8528<br>MARIA.CHERESO@SGKINC.COM |

# Gump's Holdings, LLC, et al.
## Electronic Mail
## Exhibit Pages

Page # : 3 of 3                                                                                                09/11/2018 05:56:30 PM

---

000050P001-1399S-010
SEKO WORLDWIDE, LLC
MANAGING AGENT
1100 ARLINGTON HEIGHTS RD
STE 600
ITASCA IL 60143
GENEVA.GOHEEN@SEKOLOGISTICS.COM

000065P001-1399S-010
ST JAMES LAW PC
MICHAEL ST JAMES, ESQ
22 BATTERY ST STE 888
SAN FRANCISCO CA 94111
ECF@STJAMES-LAW.COM

000066P001-1399S-010
STERLING BUSINESS CREDIT LLC
LAUREL VARNEY
8401 N CENTRAL EXPRESSWAY
STE 600
DALLAS TX 75225
LVARNEY@SNB.COM

000070P001-1399S-010
SULLIVAN HILL
ELIZABETH STEPHENS
228 SOUTH 4TH STREET
FIRST FLOOR
LAS VEGAS NV 89101
STEPHENS@SULLIVANHILL.COM

000001P004-1399S-010
UNITED STATES TRUSTEE
EDWARD MCDONALD
300 LAS VEGAS BLVD SOUTH
#4300
LAS VEGAS NV 89101
EDWARD.M.MCDONALD@USDOJ.GOV

000001P004-1399S-010
UNITED STATES TRUSTEE
EDWARD MCDONALD
300 LAS VEGAS BLVD SOUTH
#4300
LAS VEGAS NV 89101
NICK.STROZZA@USDOJ.GOV

000037P002-1399S-010
VILAGALLO SA
CALLE VELAZQUEZ 44
ENTRADA POR CL HERMOSILLA
MADRID  27001
SPAIN
AFERRER@VILAGALLO.ES

000072P001-1399S-010
WELTMAN, WEINBERG & REIS CO., L.P.A.
SCOTT D. FINK
LAKESIDE PLACE, SUITE 200
323 W. LAKESIDE AVE.
CLEVELAND OH 44113-1099
SFINK@WELTMAN.COM

000042P001-1399S-010
WINWARD INTERNATIONAL
MANAGING AGENT
42760 ALBRAE ST
FREMONT CA 94538
CINDYF@WINWARDSILKS.COM

Records Printed :   57

# EXHIBIT 2

# Gump's Holdings, LLC, et al.
## Exhibit Pages

Page # : 1 of 3                                                                                                                                09/11/2018 05:55:21 PM

| | | | |
|---|---|---|---|
| 000055P003-1399S-010<br>AARON HENRY<br>MANAGING AGENT<br>550 SOUTH HILL ST<br>#1620<br>LOS ANGELES CA 90013 | 000034P002-1399S-010<br>ALLSTATE FLORAL & CRAFT, INC.<br>MANAGING AGENT<br>14038 PARK PL<br>CERRITOS CA 90703 | 000039P001-1399S-010<br>APF FBO PROFESSIONAL STAFFING CO. INC<br>MANAGING AGENT<br>PO BOX 823473<br>PHILADELPHIA PA 19182-3473 | 000036P001-1399S-010<br>ASTOUND COMMERCE CORPORATION<br>MANAGING AGENT<br>111 BAYHILL DR<br>STE 425<br>SAN BRUNO CA 94066 |
| 000053P002-1399S-010<br>BARBARA HEINRICH STUDIO<br>MANAGING AGENT<br>77 EAST JEFFERSON RD<br>PITTSFORD NY 14534 | 000023P001-1399S-010<br>BRIAN TSUNG<br>1570 8TH AVE<br>SAN FRANCISCO CA 94112 | 000071P001-1399S-010<br>BROWNSTEIN HYATT FARBER SCHRECK LLP<br>SAMUEL A SCHWARTZ; BRYAN A LINDSEY;CONNOR H SHEA<br>100 NORTH CITY PARKWAY STE 1600<br>LAS VEGAS NV 89106-4614 | 000049P002-1399S-010<br>BUCCELLATI INC.<br>MANAGING AGENT<br>714 MADISON AVE<br>4TH FL<br>NEW YORK NY 10065 |
| 000068P001-1399S-010<br>BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M CHRISTIANSON, ESQ<br>55 SECOND ST, 17TH FLOOR<br>SAN FRANCISCO CA 94105-3493 | 000009P001-1399S-010<br>CALIFORNIA DEPT. OF TAX & FEE ADMIN.<br>ACCOUNT INFORMATION GROUP, MIC:29<br>PO BOX 942879<br>SACRAMENTO CA 94279-0029 | 000048P002-1399S-010<br>CENTRAL NATIONAL GOTTESMAN INC.<br>MANAGING AGENT/JANE HARNESS<br>3 MANHATTANVILLE RD<br>PURCHASE NY 10577 | 000031P001-1399S-010<br>CIT GROUP/COMMERCIAL SERVICES<br>MANAGING AGENT<br>ONE CIT DRIVE<br>LIVINGSTON NJ 07039 |
| 000024P001-1399S-010<br>CITY OF OLIVE BRANCH<br>MANAGING AGENT<br>9200 PIGEON ROOST<br>OLIVE BRANCH MS 38654 | 000073P001-1399S-010<br>COHEN JOHNSON PARKER EDWARDS<br>H. STAN JOHNSON, ESQ.<br>375 E. WARM SPRINGS RD. STE 104<br>LAS VEGAS NV 89119 | 000059P001-1399S-010<br>COMCAST SPOTLIGHT<br>MANAGING AGENT<br>PO BOX 742637<br>LOS ANGELES CA 90074 | 000020P002-1399S-010<br>CORPORATE PARTNERS II, LTD.<br>ATTN:  JONATHAN KAGAN<br>45 ROCKEFELLER PLAZA<br>STE 2626<br>NEW YORK NY 10111 |
| 000051P002-1399S-010<br>CUSHMAN & WAKEFIELD, INC.<br>RICH LEE<br>425 MARKET ST<br>STE 2300<br>SAN FRANCISCO CA 94105 | 000046P001-1399S-010<br>DEACON & CO.<br>MANAGING AGENT<br>5/F. TOWER 2<br>SOUTH SEAS CENTRE, 75 MODY<br>KOWLOON HONG KONG  999077<br>HONG KONG | 000015P004-1399S-010<br>DELAWARE DIV. OF REVENUE/BANKR. SVS.<br>ZILLAH A. FRAMPTION - BANKR. ADMIN.<br>CARVEL STATE OFFICE BUILDING<br>820 N. FRENCH ST 8TH FL<br>WILMINGTON DE 19801 | 000060P001-1399S-010<br>DURLAND CO.<br>MANAGING AGENT<br>608 FIFTH AVE<br>STE 407<br>NEW YORK NY 10020 |
| 000011P001-1399S-010<br>EMPLOYMENT DEVELOPMENT DEPT.<br>ATTN: MIC 53 800<br>CAPITOL MALL<br>SACRAMENTO CA 95814 | 000040P002-1399S-010<br>EPSILON DATA MANAGEMENT, LLC<br>MANAGING AGENT<br>3788 MOMENTUM PL<br>CHICAGO IL 60689-5337 | 000026P002-1399S-010<br>FEDEX CORPORATE SERVICES INC.<br>MANAGING AGENT<br>942 S SHADY GROVE RD<br>MEMPHIS TN 38120 | 000022P002-1399S-010<br>FRANCES LANE, LLC<br>LINDSAY JERNEGAN<br>22 DIGITAL DRIVE<br>STE F<br>NOVATO CA 94945 |
| 000006P001-1399S-010<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION, MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | 000035P001-1399S-010<br>FURNITURE CLASSICS<br>MANAGING AGENT<br>835 PHILPOTTS ROAD<br>NORFOLK VA 23513 | 000052P001-1399S-010<br>GEORG JENSEN INC.<br>MANAGING AGENT<br>580 BROADWAY<br>STE 506<br>NEW YORK NY 10012 | 000063P002-1399S-010<br>GERARD ALAN SILVA<br>MANAGING AGENT<br>307 ADELAIDE HILLS CT<br>SAN RAMON CA 94583 |

| | | | |
|---|---|---|---|
| 000019P001-1399S-010<br>GORDON BROTHERS RETAIL PARTNERS, LLC<br>ATTN: MACKENZIE SHEA<br>PRUDENTIAL TOWER<br>800 BOYLSTON STREET<br>BOSTON MA 02119 | 000045P002-1399S-010<br>GRACE CHUANG INC<br>MANAGING AGENT<br>261 WEST 35TH ST<br>802<br>NEW YORK NY 10001 | 000018P001-1399S-010<br>HILCO MERCHANT RESOURCES, LLC<br>ATTN: IAN S. FREDERICKS<br>5 REVERE DRIVE<br>SUITE 206<br>NORTHBROOK IL 60062 | 000038P001-1399S-010<br>I-CENTRIX DBA RYAN PARTNERSHIP<br>MANAGING AGENT<br>3100 EASTON SQUARE PL<br>COLUMBUS OH 43219 |
| 000004P001-1399S-010<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000064P001-1399S-010<br>KOLESAR & LEATHAM<br>JAMES PATRICK SHEA;BART K LARSEN<br>400 S RAMPART BLVD STE 400<br>LAS VEGAS NV 89145 | 000062P002-1399S-010<br>LALIQUE NORTH AMERICA, INC.<br>MANAGING AGENT<br>25 BRANCA RD<br>EAST RUTHERFORD NJ 07073 | 000017P002-1399S-010<br>LAW OFFICES OF JUDITH W ROSS<br>JUDITH W ROSS<br>700 NORTH PEARL ST<br>STE 1610<br>DALLAS TX 75201 |
| 000033P001-1399S-010<br>LSC COMMUNICATIONS US, LLC<br>MANAGING AGENT<br>PO BOX 932987<br>CLEVELAND OH 44193 | 000047P002-1399S-010<br>LSC COMMUNICATIONS, INC.<br>MANAGING AGENT<br>191 NORTH WACKER DRIVE<br>STE 1400<br>CHICAGO IL 60606 | 000032P001-1399S-010<br>MARIA YEE<br>MANAGING AGENT<br>1939 MONTEREY RD<br>STE 8<br>SAN JOSE CA 95112 | 000021P002-1399S-010<br>METRO INVESTMENT COMPANY<br>C/O JONES LANG LASALLE AMERICAS, INC<br>KIM HARDY, MANAGER<br>6410 POPLAR AVE<br>STE 350<br>MEMPHIS TN 38119 |
| 000025P002-1399S-010<br>MICHAEL MOSCA<br>202 RIPLEY ST<br>SAN FRANCISCO CA 94110 | 000057P002-1399S-010<br>MIEKO MINTZ LLC<br>MARK A. MINTZ, PRESIDENT<br>77 RIVER ST APT 1<br>HOBOKEN NJ 07030-5613 | 000013P001-1399S-010<br>MISSISSIPPI DEPT. OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON MI 39225-2808 | 000054P002-1399S-010<br>MOSS ADAMS LLP<br>MANAGING AGENT<br>LOCKBOX 101822<br>2710 MEDIA CENTER DR<br>BLDG. 6, STE 120<br>LOS ANGELES CA 90065 |
| 000043P001-1399S-010<br>NAM HAI CO. LTD<br>AREA B, DONG CHIEU ZONE<br>TAN DONG HIEP WARD<br>DI AN TOWN BINH DUONG<br>VIETNAM | 000041P001-1399S-010<br>NATURAL FASHION INC. DBA ANU<br>MANAGING AGENT<br>25 JORDAN PLA # 1<br>CHICO CA 95973 | 000005P001-1399S-010<br>NEVADA DEPT. OF TAXATION<br>BANKRUPTCY SECTION<br>555 E WASHINGTON AVE<br>#1300<br>LAS VEGAS NV 89101 | 000058P001-1399S-010<br>PETRA CLASS<br>MANAGING AGENT<br>1072 ALABAMA ST<br>SAN FRANCISCO CA 94110 |
| 000044P001-1399S-010<br>REGENCY INTERNATIONAL BUSINESS<br>MANAGING AGENT<br>50 BROADWAY<br>3RD FLOOR<br>NEW YORK NY 10004 | 000067P001-1399S-010<br>RIEMER BRANSTEIN LLP<br>STEVEN FOX<br>SEVEN TIMES SQUARE<br>STE 2506<br>NEW YORK NY 10036 | 000056P001-1399S-010<br>RUSSELL TRUSSO FINE JEWELRY<br>MANAGING AGENT<br>PO BOX 616<br>LAKEWOOD OH 44107-0616 | 000061P001-1399S-010<br>SAN FRANCISCO TAX COLLECTOR<br>MANAGING AGENT<br>PO BOX 7427<br>SAN FRANCISCO CA 94120-7427 |
| 000027P001-1399S-010<br>SANDBOX STUDIO<br>MANAGING AGENT<br>3850 N 29TH TERRACE<br>STE 107<br>HOLLYWOOD FL 33020 | 000030P002-1399S-010<br>SCHWAK USA, INC.<br>C/O MATTHEWS INTERNATIONAL CORP.<br>MANAGING AGENT<br>18211 NE 68TH STREET<br>STE E # 120<br>REDMOND WA 98502-8528 | 000010P001-1399S-010<br>SECRETARY OF STATE<br>STATE OF CALIFORNIA<br>1500 11TH STREET<br>SACRAMENTO CA 95814 | 000029P001-1399S-010<br>SEKO WORLDWIDE, LLC<br>MANAGING AGENT<br>PO BOX 71141<br>CHICAGO IL 60694-1141 |

Case 18-14683-leb   Doc 169   Entered 09/12/18 12:53:07   Page 10 of 10

Gump's Holdings, LLC, et al.
Exhibit Pages

Page # : 3 of 3                                                                                                          09/11/2018 05:55:21 PM

| | | | |
|---|---|---|---|
| 000050P001-1399S-010<br>SEKO WORLDWIDE, LLC<br>MANAGING AGENT<br>1100 ARLINGTON HEIGHTS RD<br>STE 600<br>ITASCA IL 60143 | 000008P001-1399S-010<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF CHIEF COUNSEL, REGION IX<br>160 SPEAR STREET<br>SUITE 800<br>SAN FRANCISCO CA 94105-1545 | 000014P002-1399S-010<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN. COUNSEL REG. IV<br>61 FORSYTH ST SW<br>STE 20T45<br>ATLANTA GA 30303 | 000065P001-1399S-010<br>ST JAMES LAW PC<br>MICHAEL ST JAMES, ESQ<br>22 BATTERY ST STE 888<br>SAN FRANCISCO CA 94111 |
| 000012P002-1399S-010<br>STATE OF CALIFORNIA<br>LABOR COMMISSIONER<br>1515 CLAY ST<br>ROOM 801<br>OAKLAND CA 94612 | 000066P001-1399S-010<br>STERLING BUSINESS CREDIT LLC<br>LAUREL VARNEY<br>8401 N CENTRAL EXPRESSWAY<br>STE 600<br>DALLAS TX 75225 | 000070P001-1399S-010<br>SULLIVAN HILL<br>ELIZABETH STEPHENS<br>228 SOUTH 4TH STREET<br>FIRST FLOOR<br>LAS VEGAS NV 89101 | 000028P002-1399S-010<br>SUPPORT SERVICES GROUP (TEXAS)<br>MANAGING AGENT<br>300 S 13TH ST<br>WACO TX 76701 |
| 000007P003-1399S-010<br>UNITED STATES ATTORNEY'S OFFICE<br>ATTN: CIVIL PROCESS CLERK<br>333 LAS VEGAS BLVD SOUTH<br>STE 5000<br>LAS VEGAS NV 89101 | 000001P004-1399S-010<br>UNITED STATES TRUSTEE<br>EDWARD MCDONALD<br>300 LAS VEGAS BLVD SOUTH<br>#4300<br>LAS VEGAS NV 89101 | 000037P002-1399S-010<br>VILAGALLO SA<br>CALLE VELAZQUEZ 44<br>ENTRADA POR CL HERMOSILLA<br>MADRID  27001<br>SPAIN | 000072P001-1399S-010<br>WELTMAN, WEINBERG & REIS CO., L.P.A.<br>SCOTT D. FINK<br>LAKESIDE PLACE, SUITE 200<br>323 W. LAKESIDE AVE.<br>CLEVELAND OH 44113-1099 |
| 000042P001-1399S-010<br>WINWARD INTERNATIONAL<br>MANAGING AGENT<br>42760 ALBRAE ST<br>FREMONT CA 94538 | | | |

Records Printed :   69