**Electronically Filed: September 13, 2018**

**ANDERSEN LAW FIRM, LTD.**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
Email: *ryan@vegaslawfirm.legal*
Ani Biesiada, Esq.
Nevada Bar No. 14347
Email: *ani@vegaslawfirm.legal*
101 Convention Center Drive
Suite 600
Las Vegas, Nevada 89109
Phone: 702-522-1992
Fax: 702-825-2824

*Attorneys for Worldpay, Inc.*

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>GUMP'S HOLDINGS, LLC,<br><br>    ☐ Affect this Debtor.<br><br>⊠ Affects all Debtors.<br>☐ Affects Gump's Corp.<br>☐ Affects Gump's By Mail, Inc. | Case No.: 18-14683-LEB<br>Chapter 11<br><br>*Jointly administered with:*<br>No.: 18-14684-LEB (In re Gump's Corp.)<br>No.: 18-14685-LEB (In re Gump's By Mail, Inc.)<br><br>**CERTIFICATE OF SERVICE** |

    1.    On September 13, 2018, I caused to be served the following document(s):

        a.  NOTICE OF APPPEARANCE AND REQUEST FOR SPECIAL NOTICE (ECF No. 168).

    2.    I served the above-named document(s) by the following means upon the persons as listed below:

    [ X ]   a.  **BY ECF SYSTEM:**

RYAN A. ANDERSEN on behalf of Interested Party WORLDPAY, INC.
ryan@vegaslawfirm.legal,tatiana@vegaslawfirm.legal;ecf-df8b00a4597e@ecf.pacerpro.com;notices@nextchapterbk.com

SHAWN CHRISTIANSON on behalf of Creditor Oracle America, Inc.
schristianson@buchalter.com, cmcintire@buchalter.com

DONLIN, RECANO & COMPANY, INC. (lj)
nefrecipients@donlinrecano.com, ecalderon@donlinrecano.com

SCOTT D. FINK on behalf of Creditor TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC. bronationalecf@weltman.com

STEVEN E FOX on behalf of Interested Party CONTRACTUAL JOINT VENTURE FORMED BY HILCO MERCHANT RESOURCES, LLC AND GORDON BROTHERS RETAIL PARTNERS, LLC
sfox@riemerlaw.com, dromanik@riemerlaw.com

GABRIELLE A. HAMM on behalf of Debtor GUMP'S BY MAIL, INC.
ghamm@Gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Debtor GUMP'S CORP.
ghamm@Gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Debtor GUMP'S HOLDINGS, LLC
ghamm@Gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Jnt Admin Debtor GUMP'S BY MAIL, INC.
ghamm@Gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Jnt Admin Debtor GUMP'S CORP.
ghamm@Gtg.legal, bknotices@gtg.legal

H STAN JOHNSON on behalf of Creditor EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.
sjohnson@cohenjohnson.com,
calendar@cohenjohnson.com;rjohnson@cohenjohnson.com;sgondek@cohenjohnson.com

BART K. LARSEN on behalf of Creditor STERLING BUSINESS CREDIT, LLC
blarsen@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com

BRYAN A. LINDSEY on behalf of Creditor Committee THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
bryan@nvfirm.com, schwartzecf@gmail.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

JEANETTE E. MCPHERSON on behalf of Creditor SEAKER & SONS, A CALIFORNIA PARTNERSHIP
bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON on behalf of Interested Party SEAKER & SONS
bkfilings@s-mlaw.com

WILLIAM M. NOALL on behalf of Debtor GUMP'S BY MAIL, INC.
bknotices@gtg.legal, wnoall@gtg.legal

WILLIAM M. NOALL on behalf of Debtor GUMP'S CORP.
bknotices@gtg.legal, wnoall@gtg.legal

WILLIAM M. NOALL on behalf of Debtor GUMP'S HOLDINGS, LLC
bknotices@gtg.legal, wnoall@gtg.legal

WILLIAM M. NOALL on behalf of Jnt Admin Debtor GUMP'S BY MAIL, INC.
bknotices@gtg.legal, wnoall@gtg.legal

WILLIAM M. NOALL on behalf of Jnt Admin Debtor GUMP'S CORP.
bknotices@gtg.legal, wnoall@gtg.legal

SAMUEL A. SCHWARTZ on behalf of Creditor Committee THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS
saschwartz@bhfs.com,
ECF@bhfs.com;schwartzsr45599@notify.bestcase.com;sheacr80693@notify.bestcase.com;cs
hea@bhfs.com

JAMES PATRICK SHEA on behalf of Creditor STERLING BUSINESS CREDIT, LLC
jshea@klnevada.com, mbarnes@klnevada.com;bankruptcy@klnevada.com

JEFFREY G. SLOANE on behalf of Creditor TOYOTA INDUSTRIES COMMERCIAL
FINANCE, INC. jeff@jsloanelaw.com;kristi@jsloanelaw.com

MICHAEL ST. JAMES on behalf of Creditor SEAKER & SONS, A CALIFORNIA
PARTNERSHIP Michael@stjames-law.com

MICHAEL ST. JAMES on behalf of Interested Party SEAKER & SONS
Michael@stjames-law.com

ELIZABETH E. STEPHENS on behalf of Interested Party CONTRACTUAL JOINT
VENTURE FORMED BY HILCO MERCHANT RESOURCES, LLC AND GORDON
BROTHERS RETAIL PARTNERS, LLC
rudolph@sullivanhill.com;hill@sullivanhill.com;millerick@sullivanhill.com;dabbieri@sulliv
anhill.com;bkstaff@sullivanhill.com;stephens@ecf.courtdrive.com;Hawkins@sullivanhill.co
m

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

MARK M. WEISENMILLER on behalf of Debtor GUMP'S BY MAIL, INC.
mweisenmiller@gtg.legal, bknotices@gtg.legal

MARK M. WEISENMILLER on behalf of Debtor GUMP'S CORP.

mweisenmiller@gtg.legal, bknotices@gtg.legal

MARK M. WEISENMILLER on behalf of Debtor GUMP'S HOLDINGS, LLC
mweisenmiller@gtg.legal, bknotices@gtg.legal

MARK M. WEISENMILLER on behalf of Jnt Admin Debtor GUMP'S BY MAIL, INC.
mweisenmiller@gtg.legal, bknotices@gtg.legal

MARK M. WEISENMILLER on behalf of Jnt Admin Debtor GUMP'S CORP.
mweisenmiller@gtg.legal, bknotices@gtg.legal

[ X ]   b.   **UNITED STATES MAIL, POSTAGE FULLY PREPAID**

JUDITH W. ROSS on behalf of Creditor STERLING BUSINESS CREDIT, LLC
THE LAW OFFICES OF JUDITH W. ROSS
700 NORTH PEARL STREET, SUITE 1610
DALLAS, TX 75201

CONNOR H. SHEA on behalf of Creditor Committee THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 NORTH CITY PARKWAY, SUITE 1600
LAS VEGAS, NV 89106-4614

GERARD SILVA
35283 FARNHAM DR.
NEWARK, CA 94560

[ ]    d.   **PERSONAL SERVICE:**
I personally delivered the document(s) to the persons at these addresses:

[ ]    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no such person was available by leaving the document(s) in a conspicuous place in the office.

[ ]    For a party, delivery was made by handing the documents(s) to the party or by leaving the document(s) at the persons dwelling house or usual place of abode with someone of suitable age and discretion residing there.

[ ]    e.   **DIRECT EMAIL (as opposed to through the ECF System):**
Based upon a written agreement to accept service by email or pursuant to a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]    f.   **FAXSIMILE:**

1
2
3

Based upon the written agreement of the parties to accept service by fax transmission or pursuant to a court order, I caused the document(s) to be faxed to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached hereto.

4
5
6

[ ]    g.  **MESSENGER:**
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for delivery and service.  A declaration by the messenger is attached to this certificate of service.

7
8

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

9
10

Signed on:        September 13, 2018
 Melissa Arana-Renderos                          */s/ Melissa Arana-Renderos*
 (Name of Declarant)                      An employee of Andersen Law Firm, Ltd.

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

ANDERSEN LAW FIRM — LTD —