GARMAN TURNER GORDON LLP
WILLIAM M. NOALL
Nevada Bar No. 3549
E-mail: wnoall@gtg.legal
GABRIELLE A. HAMM
Nevada Bar No. 11588
E-mail: ghamm@gtg.legal
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Debtors*

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-S-18-14683-leb<br>Chapter 11 |
| GUMP'S HOLDINGS, LLC | |
| ☐ Affects this Debtor. | *Jointly administered with*:<br>No. BK-S-14684 (In re Gump's Corp.) |
| ☒ Affects all Debtors. | No. BK-S-14685 (In re Gump's By Mail, Inc.) |
| ☐ Affects Gump's Corp. | |
| ☐ Affects Gump's By Mail, Inc. | Hearing Date: **N/A**<br>Hearing Time: **N/A** |

## NOTICE OF AFFIDAVIT OF PUBLICATION OF AUCTION ADVERTISEMENT IN THE SAN FRANCISCO CHRONICLE

Gump's Holdings, LLC, Gump's Corp., and Gump's By Mail, Inc., debtors and debtors-in-possession, hereby file this *Notice of Affidavit of Publication of Auction Advertisement in the San Francisco Chronicle*, a copy of which is attached hereto as **Exhibit 1**.

DATED: October 17, 2018.

GARMAN TURNER GORDON LLP

By: */s/ William M. Noall*
WILLIAM M. NOALL
GABRIELLE A. HAMM
650 White Drive, Suite 100
Las Vegas, Nevada 89119
*Attorneys for Debtors*

# EXHIBIT 1

# EXHIBIT 1

## DECLARATION OF PUBLICATION OF

# San Francisco Chronicle | SFGate.com

I, (Maribeth Donida), declare that:

The annexed advertisement has been regularly published in the

### San Francisco Chronicle | SFGate.com

which is and was at all times herein mentioned established as newspaper of general circulation in the City and County of San Francisco, State of California, as the term is defined by section 6000 of the Government Code.

### San Francisco Chronicle | SFGate.com

901 Mission Street
San Francisco, CA 94013

From __9/26/18_____

To ____9/26/18_____

Namely on _9/26/18_____

_____

(Dates of Publication)

I declare under penalty and perjury under the laws of the State of California that the foregoing is true and correct.

Executed this _27th__ day of _September____, 2018 at San Francisco, California.

_____
(name)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Francisco }

On __September 27__, 2018 before me, Diane FitzGibbon, Notary Public, personally appeared _____Maribeth Yu Donida_____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under **PENALTY OF PERJURY** under the laws of the State of California that the foregoing paragraph is true and correct.

*WITNESS* my hand and official seal.

Notary Public Signature

DIANE FITZGIBBON
Commission No. 2180235
NOTARY PUBLIC-CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires FEBRUARY 14, 2021

Notary Public Seal

## FROM THE COVER



Crews repave a street in Roseville (Placer County), work partially funded by a gas tax hike passed in 2017 that would be repealed if Proposition 6 is approved.
*Rich Pedroncelli / Associated Press*

# Proposal for 2020 ballot would kill high-speed rail

*Roads from page A1*

mutes.

In addition to killing Brown's $77 billion plan to send bullet trains zipping from Southern California to downtown San Francisco, the initiative that DeMaio and others submitted Tuesday would mandate that all gas tax revenue go to roads. It would also dedicate the state's sales tax on cars to all forms of transportation infrastructure, including public transit, require annual audits on road projects and shift decision-making power on gas and car tax revenue from the state Capitol to city and county governments.

Supporters say these changes — which would go on the ballot in November 2020 — would boost California's annual road coffers from $5.2 billion to $7.5 billion, and increase funding for general transit infrastructure from $1.8 billion to $7.4 billion a year. Opponents call the measure a repackaging of Prop. 6, which would strike down the new 12-cent gasoline excise tax, vehicle fees and 20-cents-per-gallon tax on diesel fuel signed into law last year as SB1.

If it survives, SB1 is expected to raise $5.2 billion annually to pave potholed highways, repair aging bridges and boost public transit. None of the money goes to high-speed rail.

"This proposal by DeMaio is a deeply flawed attempt to distract voters from his destructive Proposition 6, which would eliminate $5 billion in funding and jeopardize more than 6,500 bridge, road and transportation safety projects already under way all over California," said Michael Quigley, executive direc-

tor of the California Alliance for Jobs. His trade and labor coalition is leading the effort to defeat Prop. 6.

Quigley noted that the new ballot measure isn't all that new — DeMaio cribbed the funding ideas from a proposal that Republican Assembly members introduced last year, intended as an alternative to SB1. Other lawmakers rejected the plan because it blocked gas tax money from flowing into the general fund, where it helps shore up schools, health care and public safety.

Republican Assemblyman Vince Fong of Bakersfield sponsored that ill-fated legislation. He's now thrown support behind the new ballot measure.

"As the author of the alternative to the SB1 gas tax increase, I said over and over again that we can fully fund our roads without any fee or tax increases," Fong said. "We need to give voters an opportunity to tell Sacramento they need to prioritize our transportation infrastructure with the tax dollars motorists already pay."

The gas tax battle has played along partisan lines — and it isn't solely about taxes. Prop. 6 is a rallying point to lure Republican voters out to the polls, in hope of bolstering gubernatorial candidate John Cox and GOP contestants in several key House races.

Ending high-speed rail is a centerpiece of Cox's political agenda as well. And it's a popular issue among GOP voters, many of whom would rather see more roads and highways than new infrastructure projects that are innovative but monumentally expensive, said Thomas Holyoke, a professor of

political science at Fresno State University.

That might explain the pivot, Holyoke said.

"Part of this is aimed at voter turnout — particularly among Republicans in the San Joaquin Valley who have never liked high-speed rail," Holyoke said. "It's a way to fire up and possibly expand the Republican Party by showing that it's part of resisting runaway spending and crazy taxes."

Cox echoed those sentiments in an interview with The Chronicle for an upcoming "It's All Political" podcast episode.

"Let's end the train to nowhere," he said. "It's going to be three hours. It was supposed to be two hours. It's being built where nobody is going to ride it. It's 30-year-old technology. It's not even current technology. It's an incredible waste of money."

California voters approved the high-speed rail plan in 2008. The San Francisco-Los Angeles line was then estimated to cost $33 billion. Now it is expected to cost $77 billion, with completion stretching into 2033.

DeMaio was upbeat about the new measure's prospects, speaking to The Chronicle on Tuesday as he rode an Uber to the state Capitol. He said the campaign would gather voter signatures over the December holidays.

"I predict that in five to seven years people will be writing stories about a revolution in funding for California's transportation infrastructure," he said.

*Rachel Swan is a San Francisco Chronicle staff writer. Email: rswan@ sfchronicle.com Twitter: @rachelswan*

# Air Canada miss a near 'catastrophe'

*Flight from page A1*

Safety Board Chairman Robert Sumwalt said during a public hearing in Washington, D.C.

Federal investigators released a report Tuesday documenting the harrowing near miss on July 7, 2017, which was captured on video and prompted changes at SFO. Never before had the NTSB released a full investigative report on an incident that did not result in fatalities, injuries or damage.

"This is an incident which could have resulted in a potential catastrophe," said John DeLisi, director of the NTSB's Office of Aviation Safety.

Weeks after the aborted landing, federal regulators revamped regulations at SFO to require pilots landing at night to do instrument landings for precision guidance of planes when a parallel runway is closed.

In addition, two air traffic controllers must be on duty through the late-night rush of arrivals. One of two air traffic controllers was on a break during the Air Canada incident, NTSB officials said.

The near-disaster occurred as the Air Canada flight out of Toronto — with 135 people on board — descended just before midnight. The crew misidentified the taxiway as a runway because a parallel runway to the pilots' left had been closed for maintenance

and was dark.

Expecting to see two runways, the pilots believed the taxiway on the right was the runway they were supposed to land on, officials said.

Four airplanes — two Boeing 787s, a Boeing 737 and an Airbus 340 — were on the taxiway awaiting clearance for takeoff.

United Airlines pilots in other waiting planes alerted air traffic controllers when they saw the Air Canada plane lowering toward them. The flight crew on a Philippine Airlines jet farther back on the taxiway turned on the plane's landing lights to alert the Air Canada pilots of an imminent collision, officials said.

It wasn't until the plane was less than 100 feet from the ground that the pilots noticed the error and initiated a "go-around."

The NTSB said the plane came within 60 feet of the ground. Video of the near-miss shows the Airbus A320 descending mere feet from the tail of another plane.

The error stemmed from a series of oversights by the crew, pilot fatigue and other safety issues, according to the NTSB report.

SFO officials had put out a report called a notice to airmen, or NOTAM, that advised the Air Canada crew of the closed runway before the flight took off. Another alert was sent out as the plane approached the airport,

Sumwalt said.

But the alert about the closed runway was buried in the middle of the report and would not be obvious to a flight crew, officials said.

What's more, the flight crew failed to manually tune the plane's instrument landing system frequency, which would have ensured the plane was properly aligned with the correct runway, the NTSB found.

The agency said there was no surface-detection equipment at SFO to identify potential taxiway landings and alert air traffic controllers and pilots.

The crew on the plane, meanwhile, reported feeling tired after being awake "for an extended time," officials said. While the time they'd been working was in step with Canadian flight and duty time regulations, it would not have met U.S. standards, according to the NTSB.

To avoid similar mishaps, the NTSB recommended: improving signals to pilots when runways are closed at night; beefing up Canadian regulations to address pilot fatigue; installing updated surface-detection equipment at airports; and equipping airplanes with systems to alert pilots when they are not properly aligned with runways.

*Evan Sernoffsky is a San Francisco Chronicle staff writer. Email: esernoffsky@sfchronicle.com Twitter: @EvanSernoffsky*

**synchrony**



Big 5 banks          Synchrony Bank

## How do your savings rates stack up?

Find out at **synchronybank.com** or call 1-800-753-6870.

SPECIAL RATE 13-MONTH CD

# 2.65%APY*

$2,000 minimum opening deposit

Synchrony Bank has consistently earned the Bankrate Safe & Sound® 5-Star Rating!*

*Annual Percentage Yield (APY) is accurate as of 9/1/18 and subject to change at any time without notice. A minimum of $2,000 is required to open a CD and must be deposited in a single transaction. A penalty may be imposed for early withdrawals. Fees may reduce earnings. After maturity, if you choose to roll over your CD, you will earn the base rate of interest in effect at that time. Visit synchronybank.com for current rates, terms and account requirements. Offer applies to personal accounts only. AWARDS: Bankrate Safe & Sound 5-Star Rating earned for 2014 through 2018. © 2018 Synchrony Bank

Member FDIC

**GUMP'S**
SAN FRANCISCO

## GUMP'S BANKRUPTCY AUCTION

**PUBLIC NOTICE:** GUMP'S HOLDINGS, LLC, GUMP'S CORP. AND GUMP'S BY MAIL, INC. will sell at absolute auction all of its right, title and interest in its trade names, trademarks, customer lists and other intellectual property, subject to certain temporary use rights granted to its bankruptcy liquidators through 2018 and certain other rights limited to Asia. Subject of the lease of Gump's 135 Post Street, San Francisco, California location, are also available for purchase at the auction. The auction shall take place in the United States Bankruptcy Court for the District of Nevada on October 17, 2018 at 10:00 a.m. Pacific time. Bids are due on or before October 10, 2018 at 5:00 p.m. Pacific time. Interested parties should contact either Brendan Murphy, bmurphy@lincolninternational.com or Carl Comstock, CComstock@lincolninternational.com at Lincoln International, LLC, 444 Madison Avenue, Suite 300, New York, NY 10022, (212) 257-7751. The Bankruptcy Court filings may be viewed at: **https://www.donlinrecano.com/Clients/gumps/Index.**