Electronically Filed: October 23, 2018

**ANDERSEN LAW FIRM, LTD.**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
Email: *ryan@vegaslawfirm.legal*
101 Convention Center Drive
Suite 600
Las Vegas, Nevada 89109
Phone: 702-522-1992
Fax: 702-825-2824

**ARNALL GOLDEN GREGORY LLP**
Frank N. White, Esq.
*Admitted Pro Hac Vice*
Email: *frank.white@agg.com*
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363
Phone: 404-873-8744
Fax: 404-873-8745

*Attorneys for Worldpay, LLC*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re:<br><br>GUMP'S HOLDINGS, LLC,<br><br>☐ Affect this Debtor.<br><br>☒ Affects all Debtors.<br>☐ Affects Gump's Corp.<br>☐ Affects Gump's By Mail, Inc. | Case No.: 18-14683-LEB<br>Chapter 11<br><br>*Jointly administered with:*<br>No.: 18-14684-LEB (In re Gump's Corp.)<br>No.: 18-14685-LEB (In re Gump's By Mail, Inc.)<br><br>Current Hearing Date:   October 30, 2018<br>Current Hearing Time:    9:30 a.m.<br><br>Continued Hearing Date:  November 13, 2018<br>Continued Hearing Time:  9:30 a.m. |
|---|---|

**STIPULATION CONTINUING HEARING ON MOTION FOR PRECAUTIONARY RELIEF FROM THE AUTOMATIC STAY AND OTHER RELIEF NECESSARY TO PERMIT PROCESSING OF CREDIT CARD TRANSACTIONS BY CUSTOMERS OF DEBTOR GUMP'S BY MAIL. INC.**

12721745v1

This Stipulation Continuing Hearing on Motion for Precautionary Relief From The Automatic Stay and Other Relief Necessary to Permit Processing of Credit Card Transactions by Customers of Debtor Gump's By Mail. Inc. is entered into by and among Worldpay LLC ("Worldpay"), Debtors Gump's By Mail, Inc., Gump's Holdings LLC and Gump's Corp. (collectively, "Debtors"), Hilco Merchant Resources LLC and Gordon Brothers Retail Partners LLC (collectively, "Agent"), the Official Committee of Unsecured Creditors (the "Committee") and Sterling Business Credit LLC ("Sterling") (and all of the foregoing parties, collectively, the "Parties").

1. On or about September 24, 2018, Worldpay filed in these cases its Motion for Precautionary Relief from The Automatic Stay and Other Relief Necessary to Permit Processing of Credit Card Transactions By Customers of Debtor Gump's By Mail. Inc. [Docket No. 195] (the "Motion").

2. At present, the deadline for filing of any written oppositions to the Motion is Tuesday, October 23, 2018.

3. Worldpay, the Debtors and the Agent are currently in the process of exchanging information relevant to the Motion and discussing the possibility of a consensual resolution to the Motion, which efforts, perhaps with additional input from the Committee and Sterling, will hopefully result in the successful negotiation, and submission to the Court, of an agreed order resolving the Motion to which all of the parties will consent.

4. In order to afford the Parties additional time to negotiate towards a consensual resolution of the Motion, ideally before any of the Parties is required to expend time and resources on the preparation and filing of any written opposition to the Motion, Worldpay has agreed to continue the hearing on its Motion, and the Court has indicated that the hearing may be conducted on Tuesday, November 13, 2018 at 9:30 a.m.

5. Accordingly, the Parties hereby collectively stipulate and agree that (a) the hearing on Worldpay's Motion will be continued and re-set for **Tuesday, November 13, 2018 at 9:30 a.m.**; (b) the date by which the Debtors, the Agent, the Committee or Sterling is required to file any written opposition to the Motion shall be **Tuesday, November 6, 2018**; and (c) the date by which Worldpay

12721745v1

1  is required to file a written reply to any opposition to the Motion shall be **Thursday, November 8,**
2  **2018**.

4  DATED this 23rd day of October, 2018.  DATED this 23rd day of October, 2018.

5  **ANDERSEN LAW FIRM, LTD.**  **BROWNSTEIN HYATT FARBER SCHRECK LLP**

6  By:  /s/ Ryan A. Andersen           By:  /s/ Samuel A. Schwartz
       Ryan A. Andersen, Esq.                Samuel A. Schwartz, Esq.
7      Nevada Bar No. 12321                  Email: *saschwartz@bhfs.com*
       Email: *ryan@vegaslawfirm.legal*      100 North City Pkwy., Suite 1600
8      101 Convention Center Drive           Las Vegas, NV 89106
       Suite 600
9      Las Vegas, Nevada 89109         *Attorneys for the Official Committee*
10                                     *of Unsecured Creditors*

11  And by:
    **ARNALL GOLDEN GREGORY LLP**      DATED this 23rd day of October, 2018.
12      Frank N. White, Esq.
        *Admitted Pro Hac Vice*        **LAW OFFICES OF JUDITH W. ROSS**
13      Email: *frank.white@agg.com*
        171 17th Street NW, Suite 2100  By:  /s/ Judith W. Ross
14      Atlanta, Georgia 30363               Email: *judith.ross@judithwross.com*
                                             Plaza of the Americas
15  *Attorneys for Worldpay, LLC*            700 N. Pearl Street, Suite 1610
                                             North Tower
16  DATED this 23rd day of October, 2018.    Dallas, TX 75201

17
    **RIEMER BRAUNSTEIN LLP**         *Attorneys for Sterling Business Credit LLC*
18

19  By:  /s/ Steven E. Fox
         Steven E. Fox, Esq.
20       Email: *sfox@riemerlaw.com*
         Times Square Tower
21       Seven Times Square, Suite 2506
         New York, New York 10036
22

23  *Attorney for Hilco Merchant Resources LLC*
    *and Gordon Brothers Retail Partners LLC*
24

25
26              [Signatures continue on following page]
27

12721745v1

DATED this 23rd day of October, 2018.

**GARMAN TURNER GORDON LLP**

By: /s/ William Noall
William Noall, Esq.
Email: *wnoall@gtg.legal*
650 White Dr., Suite 100
Las Vegas, NV 89119

*Attorneys for the Debtors*