_____
Honorable Laurel E. Babero
United States Bankruptcy Judge

Entered on Docket
October 24, 2018

**ANDERSEN LAW FIRM, LTD.**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
Email: *ryan@vegaslawfirm.legal*
101 Convention Center Drive
Suite 600
Las Vegas, Nevada 89109
Phone: 702-522-1992
Fax: 702-825-2824

**ARNALL GOLDEN GREGORY LLP**
Frank N. White, Esq.
*Admitted Pro Hac Vice*
Email: *frank.white@agg.com*
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363
Phone: 404-873-8744
Fax: 404-873-8745

*Attorneys for Worldpay, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re:<br><br>GUMP'S HOLDINGS, LLC,<br><br>☐ Affect this Debtor.<br>☒ Affects all Debtors.<br>☐ Affects Gump's Corp.<br>☐ Affects Gump's By Mail, Inc. | Case No.: 18-14683-LEB<br>Chapter 11<br><br>*Jointly administered with:*<br>No.: 18-14684-LEB (In re Gump's Corp.)<br>No.: 18-14685-LEB (In re Gump's By Mail, Inc.)<br><br>Current Hearing Date:    October 30, 2018<br>Current Hearing Time:    9:30 a.m.<br><br>Continued Hearing Date:    November 13, 2018<br>Continued Hearing Time:    9:30 a.m. |
|---|---|

**ORDER CONTINUING HEARING ON MOTION FOR PRECAUTIONARY RELIEF FROM THE AUTOMATIC STAY AND OTHER RELIEF NECESSARY TO PERMIT PROCESSING OF CREDIT CARD TRANSACTIONS BY CUSTOMERS OF DEBTOR <u>GUMP'S BY MAIL. INC.</u>**

Upon the stipulation of the parties, and good cause appearing, **IT IS HEREBY ORDERED** that the hearing on the Motion for Precautionary Relief From The Automatic Stay and Other Relief Necessary to Permit Processing of Credit Card Transactions By Customers of Debtor Gump's By Mail. Inc. filed by Worldpay LLC [Docket No. 195] will be continued and re-set for **Tuesday, November 13, 2018 at 9:30 a.m**.

**IT IS FURTHER ORDERED** that the date by which the Debtors, the Agent, the Committee or Sterling is required to file any written opposition to the Motion shall be **Tuesday, November 6, 2018**.

**IT IS FURTHER ORDERED** that the date by which Worldpay is required to file a written reply to any opposition to the Motion shall be **Thursday, November 8, 2018.**

This extension is without prejudice to the parties agreeing to additional extensions or seeking such extensions by motion.

Respectfully submitted by:

**ANDERSEN LAW FIRM, LTD.**

By:   /s/ Ryan A. Andersen
      Ryan A. Andersen, Esq.
      101 Convention Center Drive
      Suite 600
      Las Vegas, Nevada 89109

*Attorneys for Worldpay, LLC*

# # #