Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
Sasha Aliakbar-Amid, Esq.
New York Bar No. 5548979
samid@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, NV  89101
Telephone:  702.385.5544
Facsimile:   702.385.2741

Attorneys for The Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>GUMP'S HOLDINGS, LLC,<br>☐ Affects this Debtor.<br>―――――――――――――――――<br>☒ Affects all Debtors.<br>―――――――――――――――――<br>GUMP'S CORP.,<br>☐ Affects this Debtor.<br>―――――――――――――――――<br>GUMP'S BY MAIL, INC.,<br>☐ Affects this Debtor.<br>―――――――――――――――――  | Case No.: BK-S-18-14683-MKN<br>Chapter 11<br><br>*Joint Administered with:*<br><br>No. BK-S-18-14684-mkn (In re Gump's Corp.)<br>No. BK-S-18-14685-mkn (In re Gump's By Mail, Inc. |

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT**

Sasha Aliakbar-Amid, Petitioner, respectfully represents to the Court:

1. That Petitioner resides in the State of California.

2. That Petitioner is an attorney at law and an associate with Schwartz Law, PLLC ("**SL**"), with offices at 601 East Bridger Avenue, Las Vegas, Nevada 89101.

1

3. That SL has been retained and employed by this Court as counsel to The Official Committee of Unsecured Creditors in the above-referenced jointly administered cases.

4. That since October 19, 2017, Petitioner has been and presently is, a member in good standing of the Bar of the State of New York.

5. That Petitioner was admitted to practice before the following United States District Courts and Courts of other States on the dates indicated for each, and the Petitioner is presently a member in good standing of the following jurisdictions:

| Court | Date Admitted |
|---|---|
| New York Supreme Court, Third Judicial Dept. | 10/19/2017 |

6. That there are no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate of privilege to appear before any judicial, regulatory, or administrative body, or any resignation or termination order to avoid disciplinary or disbarment proceedings.

7. That Petitioner has never been denied admission to the State Bar of Nevada.

8. That Petitioner is a member in good standing of the State Bar of New York.

9. Petitioner nor any member of Petitioner's firm has not filed an application(s) to appear as counsel under Local Rule IA 11-2 during the past three (3) years.

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner disclosed to the client in writing that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Dated May 7, 2020.

_____
Sasha Aliakbar-Amid, Esq.

STATE OF CALIFORNIA          )
                             ) ss.
COUNTY OF _____         )

Sasha Aliakbar-Amid, Petitioner, being first duly sworn, deposes and says that the foregoing statements are true.

_____
Sasha Aliakbar-Amid, Esq.

(SEAL)

Subscribed and sworn to before me this ____ day of May, 2020.

_____
Notary Public

Acknowledgment attached.

3

**CALIFORNIA ACKNOWLEDGMENT**   CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Fresno }

On May 7, 2020 before me, Martha Abundis, Notary Public,
　　　　Date　　　　　　　　　　　　　　Here Insert Name and Title of the Officer
personally appeared Sasha Aliakbar-Amid
　　　　　　　　　　　　　　Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

MARTHA ABUNDIS
Notary Public - California
Fresno County
Commission # 2174256
My Comm. Expires Dec 2, 2020

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
　　　　　　Signature of Notary Public

Place Notary Seal and/or Stamp Above

———————— OPTIONAL ————————
*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____
Document Date: _____ Number of Pages: _____
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _____　　Signer's Name: _____
☐ Corporate Officer – Title(s): _____　☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General　　　　　　☐ Partner – ☐ Limited ☐ General
☐ Individual　　☐ Attorney in Fact　　　　　☐ Individual　　☐ Attorney in Fact
☐ Trustee　　　☐ Guardian or Conservator　☐ Trustee　　　☐ Guardian or Conservator
☐ Other: _____　　　　☐ Other: _____
Signer is Representing: _____　　Signer is Representing: _____

©2018 National Notary Association